UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ANNA BASSO,
AMY HARTMAN,
& JAIME VILLA RUIZ

                    Plaintiffs,

      -against-                            16 Civ. 7295

NEW YORK UNIVERSITY

                    Defendants.
----------------------------------------------------------x

To the Clerk of this Court and all parties of record:

Please enter my appearance as an attorney of record for Plaintiffs Anna Basso, Amy Hartman, and Jaime Villa Ruiz. I certify that I am admitted to practice before this Court and am a member in good standing

Dated: New York, New York
         September 19, 2016

                                    GISKAN SOLOTAROFF ANDERSON & LLP

                              BY: _____
                                    Aliaksandra Ramanenka
                                    11 Broadway, Suite 2150
                                    New York, NY 10004
                                    (646) 964-9609
                                    aramanenka@gslawny.com