**VENABLE** LLP

ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
24TH FLOOR
NEW YORK, NY 10020
T 212.307.5500  F 212.307.5598  www.Venable.com

April 6, 2017

T 212.503.0674
F 212.307.5598
BEStockman@venable.com

**By Facsimile to 212.805.6382**
The Honorable Victor Marrero
U.S. District Court for the
  Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/17

Re: *Basso v. New York University*, Case No. 16-cv-7295 (VM)

Dear Judge Marrero:

This firm represents Defendant New York University ("NYU") in the above-captioned matter. We write pursuant to Section I.F of Your Honor's Individual Practices to respectfully request a brief adjournment of the Initial Conference schedule in this matter on April 21, 2017 at 2:45 p.m. This is Defendant's first request for an adjournment and Plaintiffs' counsel consents to this request. This request does not affect any other deadlines in this matter.

Defendant makes this request as a result of a professional commitment that defense counsel has out of state that was scheduled before the Court set the April 21st Initial Conference date. The parties have conferred and Chambers has indicated that April 28, 2017 at 2:00 p.m. is available on the Court's calendar as an adjournment date convenient for all parties. Accordingly, Defendant respectfully request that the Court adjourn the Initial Conference from April 21, 2017 to April 28, 2017 at 2:00 p.m. On behalf of Defendant, we thank the Court for its consideration.

Sincerely,

Benjamin E. Stockman

cc: Oren Giskan and Aliaksandra Ramanenka, attorneys for Plaintiff (by e-mail)

---

Request GRANTED. The *initial* conference herein is rescheduled to 4-28-17 at 2:00 pM.

SO ORDERED.

4-6-17
DATE         VICTOR MARRERO, U.S.D.J.