# EXHIBIT 20

# FILED UNDER SEAL

# EXHIBIT 21

## FACULTY MEETING NOTES

4 February 2010 8:11 a.m.

In attendance: President Pari Shirazi, Dramatic Writing Program Acting Chair Mark Dickerman, Animation Department Director Jean-Marc Gauthier, Film Department Chair David Irving, and Professors Michael Burke, Sarah Cawley Cabiya, Pennie DuPont, Gillian Gordon-Crozier, Jon Hammond, Wendy Hammond, Caran Hartsfield, Alison Kelly, William Kovacsik, Katherine Lindberg, Ramon Menendez, Pat Murphy, Allan Nicholls, Emil Polyak, Jennifer Ruff, Barbara Schock, Matt Sheridan, Matt Siegel, Carlos Siguion-Reyna, Patrick Smith, Emlyn Williams, Adjuncts Pieter Aquilia, Amos Katz, Gaurav Kripalani, John Martin, Haresh Sharma, Alvin Tan, Ling Teo, Sophia Wellington, and Faculty Liaison Juanita Rodrigo.

### WELCOME

President Pari Shirazi welcomed the faculty and apologized for the early hour.

### APPROVAL OF THE MINUTES

Professor Katherine Lindberg moved to approve the minutes. Pari seconded. All voted in favor.

### GRADUATION

President Shirazi spoke of the first TischAsia graduation. "I can't tell you how emotionally important this is. It's a milestone."

President Shirazi said she had attended the fall semester film showings, short play staged readings, and the animation installations. She said they were all so good and thanked everyone warmly for all the work and dedication that went into teaching the students and producing the work. The faculty's hard work and dedication shows in the student work. "It was all fantastic. Fantastic."

Graduation is May 7th. Since it's the faculty who graduates the students, the faculty grants the degree. The administration supports the faculty in this task, but the faculty are the ones who decide if a student is ready to graduate. Therefore, President Shirazi would like all the faculty to be there.

President Shirazi was going to look at space in Sentosa to have the graduation ceremony and a party afterwards. "We like parties." She said there will be a lot of festivities including bagpipes. If Sentosa is not doable she had two more places in mind. If nothing works out there will be a tent on the roof and that will be made festive.

President Shirazi asked Chair Mark Dickerman the status of Doug Wright as the graduation speaker. Chair Dickerman said, "Doug said a strong tentative yes." If he comes here he will do some lectures and perhaps workshops. From NYU in New York, President Shirazi has invited Diane Yu to speak. She is Chief of Staff for the President of NYU, second in command, and she is a very good speaker. She also likes us. She was here for the opening so it makes sense she comes back for the first graduation.

EXHIBIT: 25
WIT: Shirazi
DATE: 6/4/18
ASHLEY SHUGAR

P010582

In order for us to graduate students, now is the time for us to go through the checklists, the grades, etc. President Shirazi wanted to state, though she knows the faculty already knows this, how important it is that we all really respect the rules and regulations to educate and graduate students.

TischAsia is a five year project. At the end of the fifth year, the Trustees will review this project and see if we will continue. One area of review is finances. President Shirazi is taking charge of finances and legalities and will make sure that works. (She said she would elaborate on this later in the meeting.) But the most important thing, she said, is not the finances. Although NYU is very conservative and therefore cares about bottom line finances and legal issues, they are most concerned about the quality of education. They want to make sure that this, the first campus outside of Washington Square, is not a diluted brand or a diluted curriculum. What they are going to look at is academic achievements: How many students got jobs, didn't get jobs, what festivals their work is shown in, internships, achievements of all kinds. A good portion of their review will be to look at all the records because records are in black and white. It is so important for us to show that the classes are solid: that the students don't miss many classes and they complete all requirements. President Shirazi said she has been at TischAsia and hasn't seen some students for two months. This bothers her.

President Shirazi says she wants the students to have some flexibility, and she completely trusts the faculty to make proper judgments when they sign off on a substitution. But she wants the faculty to know how important standards are. At the end of the day, if the students go out into the world and don't know a subject they should have learned here, that will be very bad for the school's reputation. She wants to keep the solid reputation of NYU Tisch School of the Arts.

One student, President Shirazi says, will leave here with $60,000 to 70,000 in debt. As far as the President can tell, the student has missed many classes in her three years of study. "My heart breaks for that student" because she has so much debt and hasn't learned much for that money. President Shirazi talked about fairness towards the students. She asked the faculty to be firm and say no to students when necessary. The president also talked about respect for the faculty. The faculty always show up at their classes. Or if they don't, there's a very good reason and a substitute teacher is found or the classes are made up. The students must also respect class time. The reason the faculty is here is because they believe they have something to offer, and the students need to respect that. Waivers are fine occasionally. President Shirazi knows that sometimes the faculty needs to be flexible. But if there are too many waivers, if the faculty feels there needs to be changes in the curriculum, they can get together and do that formally. President Shirazi will help with the changes in New York.

President Shirazi reiterated that out of respect for the faculty, and sympathy for the students--she doesn't want them having all that loan to pay back without having learned--she wanted the faculty to be firm. She then asked if there were any questions.

Professor Jennifer Ruff asked if a student didn't fulfill requirements, didn't attend classes and failed, and Professor Ruff felt that student should come back another year,

P010583

wouldn't that mean the student would have to pay more loan money back?

President Shirazi said the school would refund that student. If the person has a good reason they haven't been here, the money would be paid back. One student lost his father. Of course the school will give him the time off he needs and do whatever possible to help him catch up.

Perhaps a student has made a film which has gotten into a festival and wants to go. That is fine. That's one week. The faculty will help that student catch up. But other than that, the faculty needs to be more firm about attendance and turning in projects on time..

Professor Matt Sheridan said that he's had a tough-love session with the first years. The faculty defined the specifics of the bar the students had to live up to. And as a faculty they were a united front about requirements. "We'll see if it works."

President Shirazi says everyone has a different way of handling this. What she does is write on the syllabus in bold that one absence is OK. The student has to get President Shirazi's permission for the second one. Then if there are more, President Shirazi states she has the right to fail the student or the student must drop the course. And then she writes right underneath the absence policy that film production is not an excuse for an absence. She said she knew it was tough, and students come and they're so sweet and she wants to hug them, but at the end of the day she's not doing the student a favor to give in. If they leave school and they haven't learned, this is not doing them a favor.

"I know you know this. I know you are keeping the bar high." But she wants the faculty to know that on paper these issues will have an impact on our review.

Director Jean-Marc asked about cross-training. Film students sometimes take animation courses or vice versa and certain requirements are made flexible to accommodate this. He hopes this won't reflect badly on the review.

President Shirazi said no. A faculty member has a checklist for each student. On top it says "requirements" then "electives." She said if faculty wants to waive a course because it isn't necessary, then the whole faculty should think about removing this from required courses. She talked about putting other important courses on the required list. If an animation course is very important for film students, or a dramatic writing collaborative course is important, then the faculty can list the course as required, or list the course as one choice among others that will fulfill a particular requirement. So the faculty doesn't have to reduce a requirement or waive it. But the faculty knows best what the students need. These are faculty decisions. President Shirazi doesn't know the disciplines and trusts the faculty.

Chair Mark Dickerman stated that this also about substitutions. We are a small school, he said, and that allows us to give individual training. So substitutions can be allowed with the clear understanding on paper that the substituted course is equivalent to the required course.

Director Jean-Marc Gauthier said that he asked Kartini to reflect the collaboration

P010584

courses in the checklist. President Shirazi will check this with NYU registration so that the course looks like a requirement.

President Shirazi talked about students who haven't done their work and come to her and complain about getting a C. "Oh, I won't get my financial aid." That's not true at all. Their financial aid is not about merit. It's need-based.

Chair Dickerman said that departments have to be aware of what C means. It may mean that the student has to repeat a course. They get points but have to repeat the course. And a student must have a GPA of at least B-. In some departments C means the student is put on probation and should be informed of this by mail. This is sometimes troubling for a teacher. The faculty member may shy away from giving a C to avoid problems but they must give the C anyway.

President Shirazi said that faculty should give a C if that's what the student deserves whatever the consequences. That's the point she is trying to make. She has asked Kartini to look at student grades every semester. If there's a problem she will flag it, and then go to the Chair and work out how to proceed. So every Chair should inform the faculty of the requirements and consequences of grades. Sometimes a student gets a C but can make up some work, can do a special project to make the grade higher. This wouldn't work in some classes, like cinematography, but it might work in some.

President Shirazi responded to a question from Professor Emlyn Williams. When a student gets an Incomplete, you write IP for Incomplete Pass on the grade sheet. That means that if they had finished the work, they would have passed. If they don't finish the work the IP turns into an N for No Credit so it doesn't affect their grade point average. If the student IF, which means that if they finished the work they would still have failed the class, it will turn into an F. That is automatic. Sometimes the student will come back to the faculty member and try to convince him or her to change it. The faculty member may say yes if the student makes up the work. It's complicated to change a grade, it requires so many signatures, but it's possible. Again this is up to the faculty member. What's important is that the student learns what s/he is supposed to.

For graduation, caps and gowns are being ordered for everybody. The color is very important. The faculty has a choice: Tisch cap and gown, or if a faculty member wants to represent her/his own alma mater s/he can wear those colors.

Director Gauthier asked if it would be possible to see graduation online. The president responded that she didn't know but every student would get 5 tickets to the ceremony and the party. Seeing graduation online would be nice but the president didn't know how to do that herself.

Director Gauthier said he thought getting graduation online could be worked out.

INTERNATIONAL MEDIA PRODUCING PROGRAM

After a lot of struggle with certain people within NYU, this program has been approved and will come into existence. President Shirazi and colleagues put an

application online the day after it was approved which was last week. President Shirazi thinks there are 18 or 19 applicants already so she thinks this program will be successful. This will help make TischAsia more vibrant and might help the school financially as well. Some courses required are already running in the current departments. Some courses will be special to the program. Chair David Irving, Professor Gillian Groden-Crozier and Director Jean-Marc Gauthier and others in New York have been working on it a long time.

The purpose of this is to train creative producers. These people will produce quality work: they will judge what a good project is, what a good script is, good casting, etc. There will be core courses in all the mediums--film, theatre, TV, recorded music, and other medias--and then students can choose a track. There will be a lot of cross-training between mediums. The program will be very hands on. For example, it will include trips to theatre and film markets.

Chair David Irving asked President Shirazi to expand on any other programs she is planning on for TischAsia particularly the film preservation for Cinema Studies.

CENTER FOR CONTINUING EDUCATION
President Shirazi is creating the Center for Continuing Education. There will be a button for the Center on the TischAsia website but it will lead to another site dedicated to this Center. The president wants to keep the identity of TischAsia completely separate from that of the Center for Continuing Education.

On the Center's website, there will be a menu of courses. Since the Singapore population is small, the Center will appeal to the whole region: the Philippines, China, Malaysia, Indonesia, etc. The courses offered will be short, intensive, and very high quality because again the president wants to make sure the students truly learn. So they will be very very good solid courses in acting, musical theatre, art administration, filmmaking, writing, producing, digital sight and sound and many others. Students can receive a Certificate of Completion. But there will be no integration with TischAsia School of the Arts. It's completely separate.

Hopefully, there will be a track in film archiving and preservation from Cinema Studies. President Shirazi doesn't know yet if students will work toward a Certificate of Completion or a Certificate of Degree. The way archiving and preservation is done in NYU New York is unique because it covers both film and digital. There is one program in archiving and preservation in UCLA and one in London, but neither has digital archiving.

Archiving is going to become very important because everybody needs to do archiving, e.g. TV stations.

The Center will definitely do film preservation as well, and it may even do art preservation if President Shirazi can find a market for it and if she can find someone from the Institute of Fine Arts at NYU to collaborate with her. President Shirazi will let the faculty know more about this when she knows more.

These continuing education courses will hopefully give TischAsia some revenue. This will help with the school's review.

P010586

President Shirazi says she always has to worry about the GST situation. (After seven or ten years, President Shirazi wasn't sure, the Singapore government will charge their normal 7% tax on tuition. This is something President Shirazi didn't know when she first opened the school.) She doesn't want the students to know about this concern.

When President Shirazi goes back to New York City, she will look into starting an undergraduate drama and perhaps film departments. She wasn't going to think about this until she found the space, but she now believes she can't wait until someone with a heart of gold offers a building. We are not known here, she says, and people won't know to donate a building. We are also foreign, American, why would Singaporeans give us money? And there's also the problem of tuition costs which are very high and Singaporeans have trouble understanding why the school needs money donated. So President Shirazi is thinking that she will rent space and start very small. Maybe she will start by accepting transfers, students who have already completed their liberal arts requirements. President Shirazi said that she wants TischAsia to be a graduate school of the highest quality and for that the school needs funding. Offering an undergraduate program will help with this.

Professor Emlyn Williams asked about the criteria the Trustees in New York would use for the review. President Shirazi responded that she needs to show TischAsia is sustainable financially. "I'm open if you have other ideas," she said.

The NYU administration asked President Shirazi if our school could participate in some way with the school they are starting in Abu Dhabi. President Shirazi replied that students in Abu Dhabi can come study here in the summer. For example, the Abu Dhabi students could take a Sight and Sound course here. The government of the United Arab Emirates pays full tuition for the NYU Abu Dhabi students.

Chair Irving asked about the possibility in the future of students in New York coming to Singapore and vice versa. President Shirazi replied that for some programs, like film, this will work well. New York students could come here for a semester and Singapore students could go there for a semester. This idea will need some work. It needs two campuses to collaborate. There are logistical problems to work out. However, students cannot transfer automatically. That is part of the bi-laws of TischAsia. Students have to go through the application process if they want to attend Tisch in New York full-time. TischAsia is not to be a back door way to get into Tisch in New York. But collaboration on a semester basis is alright, though President Shirazi doesn't know if we are ready. She'll take her cue from the chairs and the faculty.

Chair Irving asked if we should start thinking about those logistical problems now or should we hold off. President Shirazi said it was up to the faculty. She asked the faculty to meet about it regarding possibilities and concerns.

Chair Dickerman said there had been an agreement with the Department of Dramatic Writing in New York and Australian film school which was essentially an exchange. The two schools agreed how many students to exchange per semester. Approaching this as an exchange would solve some of the logistical problems of sending students

to another campus. President Shirazi said that would be good for dramatic writing but film had equipment per student to work out--only so many cameras, etc., and this could be a little bit of a problem if the numbers of students in the exchange don't match.

NEXT REEL FESTIVAL

Next Reel Festival closing is tomorrow night. All the faculty with spouses, partners, significant others are invited. Ceremony at 6 p.m. There will be three or four winners. There will be great cash prizes: US$10,000 for 1st place winner, $7,000 for 2nd, $5,000 for 3rd, filmmakers choose one who gets US$2,500, and a cinematography award for $2,500. Animation has been very strong and judges have been banging their heads against a wall trying to figure out what to do.

Faculty in New York chose the first round of acceptances. Except for Dean Sheril Antonio, TischAsia didn't have our own faculty judge and Dean Antonio isn't judging any of her students. Then international judges watch the screenings and choose the winners. It has been a great event. President Shirazi loves many things about the festival including the number of countries participating, but none of it for her was as satisfying as the connection between TischAsia students and the Festival filmmakers. In sixteen years--eight bi-annual festivals--this is the first time the Tisch students have connected with the Festival filmmakers. Every other Festival, our Tisch students ignored the Festival filmmakers. President Shirazi said that she's not joking, in New York she *paid* students to come and host the filmmakers. Nobody did. But this year, our TischAsia students are eating lunch together, going out at night. Josh Murray emailed President Shirazi and said, "I wish you were here to see this. It's breakfast time, 8 o'clock, and there are ten of them together at one table talking and laughing. Our students and the filmmakers." President Shirazi says this is great because she wants the students to make connections.

One thing President Shirazi wants to talk about in orientation is that the students' exit strategy starts as soon as they enter graduate school. Students' exit strategy is their relationship with their faculty and with their colleagues because that's what will be needed later on. Going to classes, doing work--this will make faculty comfortable picking up the phone and recommending a student to work on a project.

In conclusion, Next Reel Festival is going very well.

FACULTY SEARCH

In New York there are committees doing the faculty search. President Shirazi hoped the school will get the student applicants we need. One or two producing faculty will be hired and other departments need faculty. (Producing will be its own department and will reach out to other departments.) Dramatic writing will probably hire one or two as will the Animation Department. President Shirazi wants the faculty hired before the end of the school year to give new faculty time to relocate to Singapore. Chair Dickerman said that the Dramatic Writing Program had 60 faculty applicants.

President Shirazi hoped that the faculty would raise questions and make comments.

P010588

She did not want to be the only one talking at faculty meetings. Chair David Irving raised his hand and President Shirazi said, "Yes, David is a good student."

Chair Irving said that we have a wonderful core faculty. Students also love a lot of guests. Thanks to technology and particularly in John Martin's class, there has been a lot of Skyping going on of industry personnel from afar. The students really enjoy this and it's cheap. Chair Irving strongly encouraged student and faculty attendance at the lecture today at four o'clock by Dean Mary Campbell. Dean Sheril Antonio had already given two lectures which went very well. "At Tisch, Deans teach and Deans teach well."

President Shirazi said that everyone who comes to TischAsia as a guest says that this is a nice place, so welcoming and warm, and the president likes that. President Shirazi would like a pot of money to bring in guests. That's very important to her. Every Chair has a discretionary fund, a lot of it is for guests, but there's not a lot of money so they sometimes have to go with less expensive guests. But if there's an important expensive guest, President Shirazi will try to make that happen. Guests are important.

Professor Allan Nichols spoke about having a very successful pitching session with the filmmakers. Professor Nichols and Professor Gordon-Crozier critiqued the pitching with the Next Reel filmmakers, a very diverse group.

President Shirazi shared with Professor Pennie DuPont what Oliver Stone told her. It is so important for students to take acting classes so that they can speak well (speak up, not mumble, assert ideas) during pitching sessions, for communicating in general, and in order to direct actors well. President Shirazi asked Professor DuPont about the focus of the acting classes. Professor DuPont said that the first year course teaches acting so that filmmakers know what it's like to act, to understand the process. The second year course follows up on that and then teaches directing actors. The third year course is a mix. In New York it's a master class. John Martin has made it a kind of master class by bringing in guests. Professor DuPont said that it's important for filmmakers to learn to speak well, and it would be great to have a dance class for movement.

Chair Mark Dickerman said that acting was very important for the Dramatic Writing Program. Professors Hammond and Kovocsik, who have acted and directed, started teaching acting during Orientation. The Drama Lab and Production Lab courses need actors to bring written work to life. And the Lab courses next year will focus more on all the theatre arts. "We desperately need good actors to bring work to life and writers to see their work." Good acting and good actors are a necessity for dramatic writers. Some of the writing students are taking acting classes and it helps them as writers a great deal.

Chair Dickerman wanted to say something about guests. The Dramatic Writing Program had Shinho Lee at the school as a guest and Kartini put out emails about this. Chair Dickerman thought it would be good if faculty encouraged their students to attend Professional Colloquium with its series of wonderful guests. Professors Ramon Menendez and Barbara Schock came to hear Shinho Lee and he talked about writing and filmmaking both in California and in Asia, which was very relevant for filmmakers here. There was a decent crowd to hear Shinho Lee, but the Black Box

could have been completely full of students. There will be more wonderful people coming like Charlie Rubin.

Professor Nichols suggested there might be a way created to identify the most important email announcements. Professor Ruff said, "If you read the elevator." Professor Jon Hammond asked if there could be a weekly bulletin first thing Monday or last thing Friday. President Shirazi said she would talk to Ricardo and Kartini about putting up an announcement first thing on Monday.

Chair Irving asked to post on classroom doors what classes meet there and when. A discussion followed about some recent confusion when classrooms got double booked.

President Shirazi asked for any other business. A movement was made to adjourn. It was seconded and the meeting ended at 9:19 a.m.

# EXHIBIT 22

Page 1

1
2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3
    Civil Action No. 16 Civ. 07295 (VM)(KNF)
4   -------------------------------------------x
5   ANNA BASSO, AMY HARTMAN, and JAIME VILLA
    RUIZ,
6
                         Plaintiffs,
7
         - against -
8
    NEW YORK UNIVERSITY,
9
                         Defendant.
10
    -------------------------------------------x
11
                         217 Centre Street
12                       New York, New York
13                       May 23, 2018
                         9:58 a.m.
14
15
16        DEPOSITION of WENDY HAMMOND, a
17   Non-Party Witness in the above-entitled
18   action, held at the aforementioned time and
19   place, taken before Ashley Shugar, a
20   Shorthand Reporter and Notary Public of the
21   State of New York, pursuant to the Federal
22   Rules of Civil Procedure, Notice and
23   stipulations between Counsel.
24
25              *      *      *

```
                                        Page 66
 1                    W. HAMMOND
 2   paragraph begins with, "TischAsia is a
 3   five-year project."
 4        A.    Yes.
 5        Q.    Did --
 6              Do you recall who -- who stated
 7   this at the meeting?
 8        A.    It would have been Pari.
 9              And, again, it wasn't -- I was
10   typing up something that she said, but the
11   "five-year project" referred to
12   negotiations she'd made with the Singapore
13   government.  So it wasn't like we'll do
14   this for five years and end it.  It was
15   never that.  It was, we have agreements for
16   five years, especially with I think the
17   taxes -- the tax situation and then we have
18   to renegotiate.
19        Q.    Was the tax situation the
20   tuition tax?
21        A.    I think so.
22        Q.    If you look at the next
23   sentence, it states, "At the end of the
24   fifth year, the Trustees will review this
25   project and see if we will continue."
```

```
                                      Page 67
 1                     W.  HAMMOND
 2        A.      Uh-huh.
 3        Q.      Again,  was  that  Pari's
 4   statement?
 5        A.      Yeah.
 6        Q.      Okay.   And  was  it  your
 7   understanding  that  after  five  years,  the
 8   trustees  would  determine  if  the  school
 9   would  continue?
10        A.      Yes.
11                But,  again,  it  was  --  that  was
12   their  right  to  decide,  but  it  was  in  the
13   context  of  why  would  you  start  a  school  --
14   this  school  if  you  only  thought  it  would  be
15   five  years  or  if  there  was  any  chance  that
16   it  would  only  be  five  years.   It  was
17   more  --  the  context  was  we  --  we  will  --
18   we'll  review  --  we  need  to  review  it.
19   Like,  when  --  when  people  are  hired,
20   there's  --  they  have  faculty  reviews  and
21   you  can  be  discontinued  after  a  faculty
22   review,  but  you  wouldn't  be  hired  if  you
23   thought  that  that  would  be  the  end  of  --
24   that  you'd  only  be  hired  for  three  years  or
25   five  years  or  however  you  long  you  have  on
```

```
                                           Page 58

 1                    W. HAMMOND
 2   first minutes, so I'd like to direct you to
 3   Page 4, which is -- the number on the
 4   bottom is 10578.
 5         A.     (Complies.)
 6                Uh-huh.
 7         Q.     The first full paragraph
 8   begins, "This undergraduate program is very
 9   important to TischAsia."
10         A.     Uh-huh.
11         Q.     Do you see that?
12                Do you know what undergraduate
13   program that's referring to?
14         A.     From the beginning, Pari was
15   trying to start -- to start a -- different
16   versions of an undergraduate program.
17         Q.     Do you know why she was doing
18   that?
19         A.     She always wanted it and -- and
20   ar- -- artistically, it -- that was her
21   concept of the school, but it also --
22   undergraduate programs go a long way to pay
23   -- to helping pay for graduate programs
24   in -- that's sort of common -- common
25   university lore that you need undergraduate
```

Page 59

```
 1               W. HAMMOND
 2   programs to -- also which will help support
 3   graduate programs.  It's very hard to have
 4   a graduate program without them.  And --
 5   and that -- so for those two reasons, for
 6   that sort of purely artistic and visionary
 7   and then also financial.  And that was a
 8   very big -- that was -- that was something
 9   that was on her mind all the time.
10        Q.    Was it on your mind, as well?
11        A.    No, because I -- I wasn't in
12   charge of making the decisions.  I mean, I
13   hoped that it would -- it sounded like a
14   really good idea and -- and it did seem
15   like the financial health of the graduate
16   program.  It became more and more apparent
17   that we needed an undergraduate program for
18   the financial health and Pari came up with
19   different solutions for that.  Like she
20   would -- and -- and she would almost get
21   them up and running, like, or agreed to
22   start-up and running with NUS, a joint
23   program with NUS to join forces.  And then
24   John Sexton would say no, I don't want it,
25   so that was always an issue going on.
```

```
                                      Page 101
 1                    W. HAMMOND
 2          a lot of, we don't know what's going
 3          on.  And a lot of -- yeah, we were --
 4          we were upset and didn't know what
 5          was going on and we were told that
 6          they would do everything to keep the
 7          school going and we weren't sh- --
 8          we -- we wanted to believe that, but
 9          it was very chaotic, so we were sc-
10          -- we were scared that it wouldn't
11          continue.
12   BY MR. GISKAN:
13        Q.    When would you say the faculty
14   first became concerned that --
15        A.    When Pari was --
16              MR. STOCKMAN:  Objection.
17              Sorry.  Go ahead.
18   BY MR. GISKAN:
19        Q.    We all need to wait until the
20   question is finished and he gets his
21   objection.  So I talk, he talks, you talk.
22        A.    Okay.
23        Q.    Okay.  So please continue your
24   answer?
25        A.    When Pari was fired, it was --
```

```
 1                    W. HAMMOND
 2    she was so much the heart of the school and
 3    seemed so competent.  And the school seemed
 4    so successful at that point, so it was --
 5    it was scary to all of us and we didn't
 6    know what was going on.  So it seemed like
 7    a lot of things were going on that we
 8    didn't know about and that was frightening.
 9    But we also -- it was hard to believe that
10    the school wouldn't continue, and it was
11    still a shock to us when it was announced
12    that it wouldn't continue because even
13    though all these scary things were
14    happening and we were not pro- -- Pari
15    never promised us that the school would
16    cont- -- guarantee us jobs into the future.
17    Whether the school would continue no matter
18    what.  There was not guarantee.  We were
19    working as hard as we could to make it
20    successful and it had seemed to be
21    successful, so there was -- the -- the
22    chaos that started when Pari was fired
23    was -- was scary, but we still believed
24    that people were going to try to keep it
25    going.  We bel- -- we believed it and we
```

```
                                        Page 132
 1                    W. HAMMOND
 2              MR. STOCKMAN:  Objection.
 3              THE WITNESS:  She was a
 4         wonderful leader.  She was honest,
 5         and she could be -- she was honest,
 6         so if she was -- if there was a
 7         problem, she would be direct about
 8         it.  But she always believed -- she
 9         wouldn't have hired people that she
10         couldn't work with to solve the
11         problems.
12   BY MR. GISKAN:
13       Q.    Was it important in a program
14   like TischAsia to have the continuity of a
15   single dean or president?
16              MR. STOCKMAN:  Objection.
17              THE WITNESS:  In -- in general,
18         I don't know.  It was horrible when
19         she le- -- when she was fired.  It
20         was shocking and horrifying to
21         everybody because everyone worked
22         together and -- and everyone -- and
23         the students knew her, and everyone
24         loved her.
25
```

Page 133

1                    W. HAMMOND

2   BY MR. GISKAN:

3        Q.    How did you find out she was

4   fired?

5        A.    You know, I don't remember

6   exactly.

7        Q.    What was your impression of the

8   s- -- atmosphere in the school following

9   her firing?

10             MR. STOCKMAN:  Objection.

11             THE WITNESS:  Well, it was --

12        we were all shocked and horrified,

13        not only that she was fired, but

14        especially at the way it was done,

15        and the accusations levelled against

16        her.  And then she was brought back

17        to New York City and we all knew that

18        she was -- because she -- she was --

19        her contract allowed her to be fired

20        because she was an administrator, but

21        she had tenure and so she was

22        teaching a film class and she was

23        escorted out of her class by police

24        as if she was a threat to the

25        students, which was horribly

```
1                     W. HAMMOND
2          humiliating, and we heard that and so
3          we were all very angry.
4   BY MR. GISKAN:
5          Q.    Was her firing a distraction to
6   the operation of TischAsia to the --
7                 MR. STOCKMAN:  Objection.
8                 THE WITNESS:  We worked very
9          hard to make it so that it wasn't.
10         We didn't want the students to suffer
11         and we all were incredibly dedicated
12         to the students and we would have
13         done everything we could to k- -- and
14         did everything we could to keep
15         the -- any kind of personal feelings
16         and upset out of the classroom.
17  BY MR. GISKAN:
18         Q.    What was your sense of the
19  students' reaction to the firing?
20         A.    They were confused and shocked
21  and horrified, too.  Nobody understood why.
22  And because things were -- accusations were
23  being levelled against her that were
24  clearly not true, that was also really
25  confusing and made a sort of atmosphere of
```

```
 1                    W. HAMMOND
 2  there's some enemies out there.  You know,
 3  it was like there were -- there were sides
 4  to something and we were under se- -- a bit
 5  of a siege.  There was that atmosphere.
 6            MR. STOCKMAN:  Note objection
 7       to last question.
 8  BY MR. GISKAN:
 9       Q.   What were Pari's roles in the
10  running of TischAsia prior to when she was
11  fired?
12            MR. STOCKMAN:  Objection.
13            THE WITNESS:  I don't -- I
14       don't have an accurate job
15       description, but she -- I know she
16       hired people with a lot of input from
17       chairs in New York and -- and she
18       oversaw everything.  And she was --
19       she went back and forth between New
20       York and -- and Singapore.  She was
21       in Singapore a lot in my memory.  I
22       don't know how much, but she was
23       there a lot and she oversaw
24       everything.  It was my understanding
25       that TischAsia was her idea and that
```

```
                                      Page 20

 1                  W. HAMMOND
 2       Q.    So it was spring of '13?
 3       A.    '14.
 4       Q.    Were you hired to continue
 5   teaching in New York immediately after?
 6       A.    No.  Nobody was hired.  We all
 7   lost our jobs and we were -- we were told
 8   we could reapply, but the idea was they
 9   were closing the school and are -- they
10   were no longer obligated to us
11   contractually.
12       Q.    So what did you do after spring
13   of '14?
14       A.    I --
15             Well, I was applying for jobs.
16   I got one at the New -- at the New School
17   as a part-time teacher and was not teaching
18   for NYU till -- I th- -- I think it
19   was 2014/15 I taught at the New School
20   and 2016, I started teaching -- adjuncting
21   at NYU.
22       Q.    In the fall?
23       A.    In the -- in the fall.
24             This is the -- as best as I can
25   remember now.  I have records of it.
```

```
                                    Page 19
 1                 W. HAMMOND
 2   struggle.
 3       Q.    Were there any challenges with
 4   the curriculum given the smaller size of
 5   the program?
 6       A.    Yeah.  I mean, I now teach
 7   playwriting courses and screenwriting
 8   courses, but I don't teach forms of drama;
 9   there's somebody in the New York office
10   that is more of an expert.  But I felt,
11   given my background, and -- that I was up
12   to the task, but in the larger -- when
13   there's more faculty, you can specialize
14   more.
15           And I think that Mark and
16   Richard and Bill, they were all very
17   careful to make sure that we were qualified
18   to teach what we were teaching.  But you
19   can -- you have a greater choi- -- there
20   was a greater choice in -- in New York.
21       Q.    How long did you stay at
22   TischAsia?
23       A.    Six years.
24       Q.    So that would have been --
25       A.    The whole time.
```

```
 1                W. HAMMOND
 2  They had Pari to answer to and they had the
 3  dean to answer to.  And they -- and when --
 4  when anybody was hired, they had to have a
 5  resume that showed that they could teach
 6  the courses they were going to teach.
 7       Q.    So --
 8       A.    So I may not be famous, but I
 9  have a good resume in both playwriting and
10  screenwriting.
11       Q.    Okay.  And -- and you believe
12  that the professors in the other areas were
13  equally qualified?
14       A.    Yes.
15       Q.    So wh- -- what was the issue,
16  then, with staffing the classes with a
17  smaller faculty?
18       A.    Well, if -- so it's -- the
19  biggest issue is that sometimes I taught
20  Playwriting I and II to a student instead
21  of being taught by me and then another -- I
22  mean, probably if I taught -- taught
23  Playwriting I, Bill would teach Playwriting
24  II, but then if there was a Thesis
25  Playwriting, one of us would teach that,
```

```
 1                    W. HAMMOND
 2   for instance.  I mean, we brought in other
 3   Singaporean -- you know, we brought in
 4   other people.  So there -- they had fewer
 5   choices for their trajectory, and they
 6   would -- they would have us as teacher more
 7   than once and probably more than twice.
 8   So -- and they would also have me for
 9   Playwriting and maybe also Drama Lab, and
10   that wouldn't happen in New York.
11              What mitigated that was the
12   number of guests we had come in that taught
13   workshops, which was a lot more than they
14   get in New York.  And a lot of the
15   facul- -- not a lot of the faculty, but
16   certain wonderful members of the New York
17   faculty came and taught workshops.
18        Q.    Were you surprised when Pari
19   was fired?
20        A.    Shocked.
21        Q.    Were you aware of --
22              Well, strike that.
23              What is your understanding of
24   why she was fired?
25        A.    I don't have one.  And I know
```

```
                                          Page 18
  1                      W. HAMMOND
  2        A.      There was a wide variety of
  3   cultures.   There were Americans, but there
  4   were -- who came over and together with
  5   Asians, mo- -- and there was -- there were
  6   a few Europeans.  And so there was -- there
  7   were -- there were cultural differences
  8   that were ch- -- it was a challenge but it
  9   was also pretty wonderful.  There was -- I
 10   think that was a great addition because
 11   everybody learned from each other.
 12              Challenges because it was a
 13   foreign country.
 14              That -- we were always
 15   struggling to get --
 16              The tuition is very high -- and
 17   we were always struggling to get
 18   scholarships for Singaporean students so
 19   they could attend.  So it was -- you had to
 20   be very wealthy to be able to go to the
 21   program.  And there were people that we
 22   really wanted to -- to attend that weren't
 23   able to pay for it, though there was -- the
 24   government did give some scholarships, but
 25   they were very reluctant.  That was a
```

```
                         W. HAMMOND
 1
 2      Q.     Yes.
 3      A.     Then I have the wrong one.
 4             THE COURT REPORTER:  No, it's
 5       at the very bottom.
 6             THE WITNESS:  Oh, yeah.  Yeah,
 7        yeah.
 8  BY MR. GISKAN:
 9      Q.     So I'm just going to read for
10  the record the pages I've put in front of
11  you.  It's 19705, 19824, 19832, 19833 and
12  19834.
13      A.     Uh-huh.
14      Q.     And my question to you is, if
15  you turn to Page 19832.
16      A.     (Complies.)
17             Uh-huh.
18      Q.     There is a list of graduate
19  courses in Dramatic Writing.
20             Do you see that?
21      A.     Is that down here?
22      Q.     Yes.  Yes.
23      A.     Graduate courses core?
24      Q.     Yes.
25             Can you look through the
```

Page 167

```
 1                    W. HAMMOND
 2   courses listed, starting on the bottom of
 3   19832 and continuing through the next two
 4   pages, and tell me which courses were not
 5   offered at TischAsia.
 6                MR. STOCKMAN:  Objection.
 7                THE WITNESS:  Adaptation From
 8          Fact and Fiction was not offered.
 9                Contemporary American
10          Playwrights.
11                Those --
12   BY MR. GISKAN:
13        Q.    The remaining ones were?
14        A.    I'm jus- -- I'm looking
15   through.
16                Collaboration in the Theater.
17                Advanced Video.  There was a
18   col- -- a Film Collaboration course that
19   may be on here, but that was -- instead of
20   the Advanced Video, there was a collab- --
21   Film Collaboration.
22                There wasn't a Collaboration in
23   the Theater.
24                There wasn't an INTAR
25   Collaboration because INTAR is in New York.
```

```
                                    Page 168
 1                    W. HAMMOND
 2    Okay.
 3              The collaboration course
 4    Directors and Writers Workshop, that -- we
 5    did a version of that.
 6              Okay.  Those are the ones that
 7    weren't offered.
 8         Q.    And the last three?
 9         A.    Yeah.
10         Q.    Those were offered?
11         A.    There was Professional
12    Colloquialism, there were internships and
13    independent studies.
14         Q.    Were there more opportunities
15    for collaborations in New York than there
16    were in --
17         A.    There were more in --
18              MR. STOCKMAN:  Objection.
19              THE WITNESS:  There were more
20       in --
21              Commented everyone on that.
22         The -- the department -- the programs
23         in TischAsia worked together a lot
24         more, so there was much more
25         opportunity for writing students to
```

```
 1                    W. HAMMOND
 2   Mark Seabrooks.  There were also a lot of
 3   guests that came, and I can't remember them
 4   all, but Oliver Stone taught work- --
 5   workshops, a lot of TV writers came over
 6   and taught workshops that were not full
 7   courses but special workshops.  The last
 8   year, Terry Fox taught and a woman, I'm
 9   forgetting who taught TV, I'm forgetting
10   her name, and they did that by Skype
11   because B. Mark left -- it was -- I mean,
12   in the last year there, was some chaos in
13   closing down the school because it -- the
14   school was closing and B. Mark needed to go
15   to -- to work a job since he was going to
16   be losing the -- he left early because he
17   was -- knew that the school -- school
18   was closing so that -- I'm not remembering
19   all the people that worked that year.  But
20   by the second and third year, we had all of
21   those people.
22             And Mark Dickerman was the
23   chair starting in the second year for two
24   years, and he had been the chair in --
25   in -- in the New York department.  And then
```

```
 1                    W. HAMMOND
 2    and Bill wanted to bring in guest -- like,
 3    teaching a semester of TV.  Every TV was a
 4    big issue.  And I -- and two classes were
 5    taught over Skype and students were very
 6    upset about that.  They were wonderful
 7    teachers and Terry Fox was one of them and
 8    everyone said he was a wonderful teacher
 9    and Mary somebody was another.  I'm not
10    remembering the name of another.  A woman
11    TV and everyone loved her, but it was
12    hard to -- doing a class via Skype is
13    difficult.
14         Q.    That was Mary O'Shea -- Grace
15    O'Shea, something --
16         A.    Probably.
17         Q.    What were the difficulties with
18    the Skype courses?
19              MR. STOCKMAN:  Objection.
20              THE WITNESS:  Well, in the --
21         in the other --
22              There wasn't as much one-on-one
23         time and you just get less out of a
24         Skype than you do as a physical
25         presence.  So it's -- you're
```

# FILED UNDER SEAL

# EXHIBIT 23

----- Original Message -----
From: David McLaughlin <david.mclaughlin@nyu.edu>
Date: Monday, August 4, 2008 7:08 pm
Subject: AMI's and other topics
To: 'Mary Schmidt Campbell' <msc1@nyu.edu>
Cc: 'David McLaughlin' <david.mclaughlin@nyu.edu>, "'Michael C.
Alfano'" <michael.alfano@nyu.edu>

Dear Mary,

I checked on the overall AMI rate which Tisch is requesting. We calculate it at 4.37% (~120K in excess of the 3.5% pool). I did not have that exact information when we talked this morning. I've also thought about the increases to senior administrators. In several cases, I'd recommend these be "administrative stipends" which could continue for as long as the additional administrative responsibilities were in place (ie, longer than one year); however, these would not become apart of the base salary. It seems to me that this is a better approach - given the salaries of your senior faculty and department chairs. Finally, while I was very impressed with the programmatic and academic advances in Tisch Asia (really excellent); I am really worried about the down side risks and the level of financial benefit for Tisch NY. These worries are compounded by the pros and cons of the excellent engagement of your NY faculty in Tisch Asia - an engagement which really helps (indeed is necessary for) Tisch Asia, yet an engagement which puts significant burdens on your faculty and students here in NY. Could we discuss soon? Each of these concerns (level of AMI's; financial risks from Tisch Asia) isa worry to me - as I think of the resources needed for Tisch's capital plan, and the fiscal constraints it places on the Tisch multi-year fiscal plan.
Dave
David W. McLaughlin
---- Original Message -----
From: Pari Sara Shirazi <parisara@mac.com>



EXHIBIT: 12
WIT: Shirazi
DATE: 6/4/18
ASHLEY SHUGAR

SHIRAZI06735

Date: Wednesday, August 6, 2008 9:45 pm
Subject: Re: AMI for TSOA
To: Mary Schmidt Campbell <msc1@nyu.edu>

Hi Dean Campbell,
I am sure you are right about agendas and kind of guess how
they are doing it.  One angle is the budget and finances, the
second is "concern" regarding academic issues in NY campus
meanwhile both Robert Stam and Ella are going to France for
the fall term to teach for NYU in France. Did you know this?  And
they are begging everyone to send their faculty to Abu Dhabi.

There is no academic concerns there!  But what I am worried
about is that they are not going to do anything
openly just by giving us a hard time and making everything very
difficult they wish that things would fall apart and we have to go
to what I am worried about is that they are not going to do
anything openly just by giving us a hard time and making
everything very difficult they wish that things would fall apart and
we have to go to them for help. In that way they are the heros
and we are in any position to bargain.  Nothing will make them
happier to stand up and say the Singapore project fell apart and
we are going to rescue it by bringing it to Abu Dhabi.  I also feel
they have asked Cheryl to see what can be done legally.  That's
why even the assistants in their
offices know something about us leaving singapore and going to
Abu Dhabi.

I will email Jennie and invite her to lunch or tea and see if I can
meet her there. Mean while we are having a teleconference with
EDB about the tax issue.  If something important happens I'll let
you know if not I won't bother you on your vacation. Thanks,
Pari
Pari,
My thoughts exactly. I understand from my office that the Provost's
office is now reviewing travel expenses.

SHIRAZI06736

MSC

Pari
John is telegraphing to the University Leadership Team that the situation in Singapore is "fragile." This I am sure was the report which the Provost gave to him. When you return, we should discuss the steps we need to take to strengthen Singapore.
MSC

**Gerard Bueno <gerard.bueno@nyu.edu>**

To: Mary Schmidt-Campbell <mary.campbell@nyu.edu>, pari.shirazi@nyu.edu

Cc: Annie Stanton <annie.stanton@nyu.edu>

Board Meeting

Feb 2, 2010 7:15 PM

Dean Campbell and Dean Shirazi:

With regard to the board meeting, here's a suggested introduction to the financial report:

As we had originally planned, the first few years of Tisch Asia in Singapore required funding from Tisch New York and Singapore's Economic Development Board. Last year, we successfully obtained further assistance from the EDB for a 5-year S$4.6 million grant to help off-set the GST issue that was raised at the last meeting. Beyond these funding, Tisch Asia is practically 100% dependent on tuition to fund its operations.

The financial pan we developed reflects our commitment to maintain the academic momentum attained during the first three years of operations by continuing to hire the best faculty in the

SHIRAZI06737

field, attracting a diverse group of talented students, and providing them with a learning environment where they can master their craft. To achieve a balanced budget, however, we must meet our enrollment targets and fund-raising goals.

Please let me know if you need anything else for the board meeting. Thank you.

Gerard

**Gerard Bueno <gb4@nyu.edu>**

To: Mary Schmidt-Campbell <mary.campbell@nyu.edu>

Cc: Pari Shirazi <pari.shirazi@nyu.edu>

Re: Gifts and pledges schedule


July 30, 2008 2:21 PM
Dean Campbell:

I'm sorry for the inconsistency. The figures in the powerpoint presentation is in US dollars, while the budget figures are in Sing dollars. I think the figures should be in Sing dollars and will make the corrections.

The initial fund-raising goal was S$4.10 million. We've rasied S$5.6 million so far. However, we would need to raise an additional $3.5 million to balance the budget for the next several years. This would bring total fund-raising to $9.1 million.  Please let me know if you need additional information.

Incidentally, Cheryl Mills has informed us that her schedule has changed -  she will not be in New York and may not be able to join us even by phone. As you know, the Provost will not be at the

SHIRAZI06738

meeting and Sheril will be joining by telephone. All three Singaporean directors are scheduled to be at the meeting. I don't know how the lack of NYU presence will be perceived. Please let us know if you think we should reach out to the Provost again to invite him.

Thanks, Dean Campbell.

Gerard

**Pari Sara Shirazi <parisara@me.com>**

To: Mary Campbell <msc1@nyu.edu>

Re: Tisch Asia Undergrad

February 16, 2011 5:01 PM

I think they do have a choice, the contract we have with the EDB indicates that if and when we need help they will assist us. And they most probably will this year but they also want to know if we can sustain the campus independently. I did not promise them anything that the university has not approved but our conversations were as follows:▢▢-I told them we need help with cash flow because of the loan/renovation/weakness in dollar/raise in housing for the faculty and etc.  ▢-They said they will help us for the next five years if we demonstrate we can have a solid operation thereafter.▢-The only way we can do this is if we have an undergraduate program. This has been discussed at our board meetings.▢-They said they are willing to help us with our cash flow and the setting up of an undergraduate program.▢LAst week the US ambassador to Singapore also held a cocktail event with some American Companies there such as McKinsey Comp and ask them to help us.  ▢The problem is that this cannot go on we must make a decision now. I can be as patient as Job with the provost when it is

SHIRAZI06739

about me or my review but this has PR consequences.
Thanks, ⬚⬚pari

**Gerard Bueno <gerard.bueno@nyu.edu>**

To: pari.shirazi@nyu.edu, Annie Stanton <annie.stanton@nyu.edu>

Budget Meeting

March 3, 2011 9:13 PM
Pari and Annie:

As you know, we had the annual budget meeting this afternoon.
Dean Campbell and I thought it went pretty well. We were not able
to cover as much as we wanted since our meeting was right before
the senate meeting which most the NYU leadership had to rush to.
As expected, the Provost had several questions about Tish Asia. He
asked about enrollment which we acknowledged was not what we
had expected. As you know, we had to indicate reductions in
financial aid and OTPS to balance Tisch Asia's budget. They asked
how feasible this was. We responded that (1) the reductions in
financial aid was not ideal but felt that it was necessary and (2) the
reduction in OTPS would require support from the EDB to cover
some of the operating costs. At the end of the meeting the Provost
asked Dean Campbell what would happen if the UG program is not
approved. And since Dean Campbell explained that support for the
graduate program was dependent on the UG program, he asked
that we outline how to make
Tisch Asia sustainable or how to close it down if the UG program
was not approved. Although this does not come as a complete

SHIRAZI06740

surprise, it is still very upsetting

Dean Campbell will probably report on this at the next Dean's Team meeting. But I wanted to share this with you. Please let me know if you would like to discuss.

Thanks.

Gerard


**Annie Stanton <annie.stanton@nyu.edu>**

To: Mary Schmidt Campbell <msc1@nyu.edu>, Pari Sara Shirazi <pari.shirazi@nyu.edu>

Cc: Gerard Bueno <gerard.bueno@nyu.edu>

Reply-To: Annie Stanton <annie.stanton@nyu.edu>

Board Materials

SHIRAZI06741

# EXHIBIT 24

**NYU TISCH SCHOOL OF THE ARTS, ASIA**
Full Faculty Meeting
April 17, 2009
Conference Room, 3 Kay Siang Road, 4th Floor
Singapore

**Meeting Notes**

On Friday, April 17, 2009 at 8:00 a.m., the third and final Full Faculty Meeting of the Tisch School of the Arts, Asia (Tisch Asia) AY 2008-2009 was held in the 4th floor conference room of Tisch Asia.

In attendance from Tisch Asia: President Pari Shirazi, Film Department Chair David Irving and Professors Michael Burke, Pennie du Pont, Jon Hammond, Anthony Jannelli, Katherine Lindberg, Jennifer Ruff, Barbara Schock (Secretary), Matt Siegel, Carlos Siguion-Reyna, Emlyn Williams and adjunct faculty members Amos Katz, Al Sim, and Malcolm Young; Dramatic Writing Department Chair Richard Wesley and Professors Wendy Hammond, William Kovacsik, and adjunct faculty member Pia Aquilia; and from the Animation Department Professor Matt Sheridan.

Minutes from the last meeting were approved, and the meeting began.

OPENING COMMENTS
President Pari Shirazi opened the meeting by thanking the Faculty for a very successful academic year. Having viewed all the first and second year films, and the animated films, President Shirazi said the students are doing very good work. Chair Richard Wesley reported to her that Dramatic Writing is also doing well. She expressed her appreciation to the Faculty for all of their hard work and looks forward to working with the Faculty next year.

OLIVER STONE'S VISIT / FUNDRAISING
President Shirazi discussed Oliver Stone's spring visit. Mr. Stone conducted two workshops for the second year students and one for the dramatic writing students and by all accounts these sessions went well. She said that Mr. Stone had made good on his promise to come to Tisch Asia twice yearly, and informed the Faculty that he wants to spend more time in Singapore because he enjoys connecting with the school community.

President Shirazi said that when Oliver Stone comes to Tisch Asia it is good publicity for the school. A highlight of his visit was the Staff's ability to get Mr. Stone's movie "Bush" into the Singapore Film Festival; it quickly sold out, the crowd loved it and there was an excellent Q&A led by Katherine Lindberg after the screening.

Mr. Stone has also agreed to do some fundraising, and so during his visit Tisch Asia held a dinner party with some of its Board Members at which they gave the Members some material to read and study. This material makes suggestions about how the Board Members can help the school by opening doors in the Singapore community, by bringing in other wealthy individual corporate sponsors, etc. President Shirazi said she hopes the Members will begin to become more involved. Because although Tisch Asia is going well, in the long run it won't survive without fundraising and outside financial help.

President Shirazi mentioned that some of the Faculty were going to a fundraising gala of the Singapore Symphony Orchestra, and said it's wonderful when the Faculty can help by making more connections because Tisch Asia needs to every opportunity to make inroads into the Singapore society.

SHORT COURSES
President Shirazi said the short courses held at Tisch Asia so far had been very successful. She was particularly pleased that the acting classes were attended and went very well, because it wasn't clear there

EXHIBIT: 24
WIT: Shirazi
DATE: 6/4/18
ASHLEY SHUGAR

SHIRAZI004380

2

would be people who were interested. President Shirazi mentioned that Professor Pennie du Pont has been making connections with actors in the community.

Professor Du Pont said it's a matter of getting out and seeing performances, she and other Faculty members had been to see Professor Gauruv Kripliani's production of "Winter's Tale," they'd been to the La Salle theater, etc. At these performances, Professor Du Pont introduces herself to the actors, asks them to talk to other people, and said she does some detective work about how to find actors. President Shirazi praised Professor du Pont for her efforts in that regard and said it had been a big help to the students.

FACULTY HOUSING
President Shirazi explained the change in housing policy for Faculty. Beginning next year, Faculty members will be securing their own housing rather than having the school's Administration do it for them. She said that the Faculty is going to be diverse and will want different kinds of places. When the Faculty was small, the Staff could secure and maintain the contracts for the housing, but now they don't have the Staff to help so many people.

President Shirazi told the Faculty she would do all she could to make the transition easy. She hoped people would be able to stay in their apartments if they wanted to, even if their leases were expiring, and/or they would have the option of moving. She mentioned that Jason would help make arrangements for storing personal items during this time of transition, and President Shirazi even offered her own apartment as a storage facility.

President Shirazi hopes this policy change will benefit the Faculty positively and let us be more independent. She said that Tisch Asia can suggest 2-3 realtors who will help people find housing.

ADMISSIONS
President Shirazi informed the Faculty that the Film Department had finished its admissions, and there is a very good pool of students coming in and a healthy wait list. Once the students were admitted, there will be a lot of negotiation to help them find money to pay for school. These negotiations will be done mostly with Kartini, people in New York and the Committee for Financial Aid, etc. President Shirazi said they would look at every case and do everything possible for each student.

Chair Richard Wesley mentioned that he had identified ten interested students and that interviews were ongoing for the Dramatic Writing department.

There was a discussion about changing the title of the Dramatic Writing department, but the new title has not been determined yet. They are changing it to clarify what the program covers.

Professor Matt Sheridan said the number of applications for the Animation Department was fairly small.

President Shirazi said that next year Tisch Asia would do more publicity for Dramatic Writing and Animation departments.

FACULTY HIRING
President Shirazi said that because of the economy, Tisch Asia had a large number of applicants for the new Faculty positions and she believes they will be able to hire very good new faculty members.

As soon as Admissions were over, President Shirazi and particularly Chair David Irving will dive into interviewing and hiring the new faculty members and they hope to get it done early in case they need to train any of the new faculty members and to give the new people as possible to make the transition to Singapore.

SHIRAZI004381

At this point in the discussion, Professor Bill Kovacsik mentioned the new Faculty welcome packet and invited all of us to let him know of any problems we encountered in moving to Singapore so that he could include those items in the Guide.

3

FACULTY REVIEWS
President Shirazi stated that she put pressure on three Faculty members to expedite their own review, Professors Michael Burke, Katherine Lindberg and Jennifer Ruff. She mentioned that NYU employee Dara Fievelson would be in New York over the summer to move their docket around. President Shirazi said that Dara is very experienced and qualified to move their dockets from office to office and to follow their movement and deal with any logistical issues.

FACULTY DEVELOPMENT FUND / CURRICULAR DEVELOPMENT FUND
The Faculty Development Fund at Tisch Manhattan was discussed; this is a fundraising budget for faculty members who make proposals and apply for funding for their own artistic projects. It's not a lot of money, but several thousand dollars is available to faculty members if they apply to and receive a grant from this fund. A Committee in New York oversees the fund, looks at all the projects, and determines who gets one; the grants range from one to several thousand dollars. Dean Louis Scheeder will add Tisch Asia's funds to this fund, so the Faculty Development Fund and the Committee will now include Tisch Asia faculty members in their decisions about which proposals get funded.

President Shirazi distinguished the Faculty Development Fund from the Curricular Development Fund, which is a fund that comes from the Provost's office and is a fund you can apply to for new courses. If you have an idea for a new course, you can run it by them.

COLLABORATION ON PROJECTS / TISCH TALENT GUILD
Chair David Irving asked if there was a prejudice to faculty members collaborating with other faculty on a collaborative project. President Shirazi said on the contrary, Tisch promotes collaboration. She did however note that it's typically difficult to get Faculty together, for several reasons: the way the department has been formed or the mentality, or people are territorial, and she said that even when people have good intentions, everybody is so busy because NYU's curriculum is intensive.

She noted that most of the collaborations are between the students, i.e., between Tisch and Stern School of Business students.

Chair David Irving described an office in Manhattan called the Tisch Talent Guild. This office is totally student run and supported by the Dean of Students and the theater and film departments, and is an office with a computer with databases for crew and cast. Mr. Irving is eager to see such a Guild put on a budget request in the future.

SPACE AT TISCH ASIA
The discussion of a Tisch Talent Guild office prompted a discussion about space issues for offices at Tisch Asia. President Shirazi is worried about all the new faculty coming in, so much so that she has asked the administration to move certain containers to the roof.

Eventually, a new building will have to be considered and a proposal for new space is in the works now.

STAFF CHANGES OR HIRES
President Shirazi discussed the three new Staff hires Tisch Asia would be making in the upcoming year.

Tisch Asia will bring in a Faculty Liaison, so the Faculty will have a person who is in touch with New York who can help us answer any questions regarding benefits, payroll problems, taxes, etc. They hope to find someone from Tisch Manhattan who is willing to move to Singapore. Tisch Asia will also add a person in Post-Production who will deal with the technical issues.

SHIRAZI004382

4

And finally, Tisch Asia will add a receptionist/administrative person who could do a lot of the things that Wen did before she left.

President Shirazi mentioned they are also looking for two managers in Production, but those are already existing positions.

NEW DEPARTMENTS

Tisch plans to bring in two new departments to Singapore, a producing department for producers of film, theater, digital arts, television, etc., as discussed at the last Full Faculty Meeting.

And NYU is also considering bringing in an Archiving and Preservation Department, modeled on the new Archiving Department in Manhattan, which is run by Howard Besser. This is very small program but it's been getting a lot of attention and funding. Mr. Besser has the staff and is interested in coming to Singapore to set up the program. They are debating whether to make it a two-year program or a one year certificate program.

There is a big need for archiving because of all the new formats, and NYU feels there is a need for an archiving program in this part of the world. There is a very good film library NYU in New York, it's housed at Eastman, have MOMA, Library of Congress, but nothing in Asia.

President Shirazi said on the positive side, the students who graduate from the department in Manhattan are getting jobs in the field, however it's hard recruiting students for the program because it's not a glamorous field. She also feels that such a program would add to the school, it's part of a cinema studies program, so they will offer some additional film studies courses.

CENTER FOR ARTISTIC SCHOLARLY DIALOGUE

There was some discussion with Oliver Stone about beginning a global center for artistic scholarly dialogue in Singapore. President Shirazi embraces the idea of such a Center, which might bring in filmmakers, writers, painters, etc., and it wouldn't only be for film.

Chair David Irving discussed having celebrities on campus, that when a celebrity is dropped into the program it can upset the curricular flow. The curriculum is always fairly tight and it can be embarrassing if the celebrity is not well-used. Professor Irving stated that if the new Faculty Liaison could maintain an overall school calendar, things like Next Reel could be coordinated in such a way that they don't upset the curriculum. It would be beneficial if we had more advance notice of filmmaker visits.

President Shirazi said while she understands the difficulty of celebrities dropping in on short notice, it can be difficult to predict, because celebrities get called away or change their minds. She said one hopes for the best, but she can't guarantee there won't be those kinds of upsets in the schedule.

And Professor Irving said that he treasures every moment that President Shirazi and Oliver Stone were at Tisch Asia, however he does hope the new Faculty Liaison can take on some of the scheduling which has fallen mainly on Tim Tan's shoulders. President Shirazi agreed, and hoped they will find a person who could manage that.

NEXT REEL/TISCH ASIA GALA

President Shirazi discussed that the Next Reel Film Festival will be here in in the fall of 2009-2010 and explained the festival to the Faculty.

Next Reel is a festival where Tisch invites two Faculty members and a couple of students or recent graduates from film schools all over the world, from the Select List of Film Schools. Most of the Select schools are graduate film schools. It's a good festival, a unique celebration of the education of films.

SHIRAZI004383

5

Each school sends us an hour of film and our Faculty decides who is in competition and who is not. There are about 20 hours of films overall in the final competition. Tisch Asia lets the international faculty select the winner. There are cash prizes for best screenwriter, cinematographer, etc.

Next Reel will be held in October and Tim Tan and Josh Murray are in charge of it. Professor Arnold Baskin at Tisch Manhattan is in charge of the judging and taking care of the Faculty. They will find a place to hold the screenings, and Staff Members will orient the Faculty and students.

During Next Reel, Tisch Asia will have an opening party for that is run by the students – they are given a budget for it, and it has a different energy than a party the administration would hold.

## GALA

At the end of the Festival, Tisch Asia will also have a closing party, and President Shirazi would like this to be a GALA because it is the 70th anniversary of Tisch, which began in 1939. She wants the GALA to be inclusive of filmmakers and interested people from the Singapore Community. This GALA was mentioned in the packet they gave to the Board Members at the fundraising dinner. She wants this GALA to be a real celebration in which the school can sell tables and do some fundraising for a scholarship. She would like to bring in some famous alums to celebrate the film department and the school for this GALA. President Shirazi is in the process of choosing a space for the Gala and determining what alums to invite.

President Shirazi would appreciate any suggestions for the Gala, who should be invited, etc., from the Faculty.

## FINAL WORD FUNDRAISING AND GST

President Shirazi ended her discussion mentioning once again that fundraising was important, both for scholarships and particularly for paying the GST, the tuition tax that NYU entirely disagrees with. impose on the students that the Singapore Government wants to

President Shirazi said the discussion between NYU and the Singapore government about this tax burden has not been successful. Currently Tisch Asia has been given a grant for five years to pay for the school tax, but after that we will need to come up with an alternative.

The suggestion the Singapore government made was to attach NYU to their polytechnic students here. President Shirazi said this was impossible, this is not who NYU is. The government didn't give in and NYU didn't either. It is currently all on NYU's shoulders to figure out where this money will come from. President Shirazi feels the short courses are going to be important in helping raise funds.

Ending her report to the Faculty, President Shirazi opened up the floor to questions.

## FACULTY QUESTIONS

## IS TISCH ASIA A "KANBAR" INSTITUTE?

Professor Michael Burke asked if Tisch Asia is also the Kanbar Institute. President Shirazi said that yes, we are the Kanbar Institute of Film & Television, it's on the website. She told the Faculty that Mr. Maruice Kanbar has given Tisch Asia $2.5 million, and we hope that he will visit the school one day as he works in the Philippines.

## HOW TO HANDLE TOWN HALL MEETINGS / CLASS REPRESENTATIVES / ORIENTATION

Chair David Irving asked how we should perceive and handle town hall meetings. It was noted that in the first year the town halls were lively sessions because the students had a lot of complaints, but now it seems to be mostly about the food.

SHIRAZI004384

There was a long discussion among the Faculty over how they should be handled. It was discussed whether Faculty should be at them; Professor Burke and others said that it's good for the students to just meet with Jason, because if they have complaints about administrative issues and courses, they are more comfortable talking only to him.

It was discussed that it's healthy for the students to have a place where they can complain with impunity. Some of their complaints are legitimate, sometimes they are just getting things off their chests.

Professor Jennifer Russ described "Tea and Sympathy" in Dublin, which is held every Wednesday afternoon, students go and talk about whatever they want to, no professors. they feel safe. Professor Burke said it's a good idea for the students to meet regularly without Faculty sto air things. From the student meetings, the class representatives can come to the Faculty retreat to discuss the students' issues.

David Irving said he wants a sign from Administration, a decision, about how the meeting should be handled and whether they should be regularized.

It was decided that the town hall meetings would be formalized and regularized. Jason said that they should be held twice a semester; it's healthy for the students to know that there is a target time for them to bring up issues.

There was a discussion about calling it something other than a Town Hall meeting because it has a negative connotation.

## ORIENTATION FOR CLASS REPRESENTATIVES

Professor Emlyn Williams brought up the issue of the Class Representatives at this year's Faculty Retreat. He felt that at the retreat, 90% of what the Class Reps were discussing was their individual issues. So he feels we need to  train the students to represent their classmates' concerns, not just their own.

Professor Katherine Lindberg said because the school is new, the Class Representatives haven't had the advantage of the 3rd year Class Reps training them.

Michael Burke said he would be happy to meet with the reps to discuss how they should treat the position. He offered to be in the first meeting with them, when they are deciding what they decide is important to bring forward. And so it was agreed that there needs to be an orientation for the Class Representatives.

## ORIENTATION FOR FACULTY ON SENSITIVE ISSUES

Some Faculty discussed needing to know about how to deal with difficult and sensitive mental health and harassment issues with the students.

Some anecdotes were told about student suicides and harassment complains, both between student and faculty members and students and students.

President Shirazi said that they have had their share of suicide at NYU in Manhattan and the NYU administration felt that if certain issues had been dealt with earlier, perhaps the tragedies wouldn't have occurred.

Professor Matt Siegel suggested bringing up good and welfare at the end of each meeting, and asked if the Faculty could have training to notice the telltale signs of mental distress.

President Shirazi said she make sure there is going to be an expert on campus to talk to the Faculty members about the delicate issues of sexual harassment, mental health issues, and when students can be a danger to themselves as well as to other students and faculty members.

SHIRAZI004385

There was also a discussion about the fact that there have been many instances of sexual harassment between the students, especially when students are crewing, i.e., many female students say they were treated badly on the set.

Chair David Irving said he calls the set the extended classroom, and any project is an extension of the classroom which we have to be able to monitor in some way.

Professor Jennifer Ruff asked about the formation of a disciplinary committee for Faculty.

Professor Richard Wesley mentioned that the process of how to cope with sensitive situations of harassment, physical treats, verbal intimidations.  He also said that if faculty members are not sure how to proceed in such situations, one can go to the Chair of your Department or to the Dean of Student Affairs, and they will send you an outline of all the procedures you are supposed to follow, and will stay in contact with you and give you any assistance you require.

## TAXATION

A brief discussion on taxation was held.  Professor Matt Siegel asked if there is a system in place for the tax bills as they are starting to come in.  President Shirazi said Jason does have the system in place to pay those bills, and Chair Richard Wesley said that Jason has assured the Faculty that if there were situations arising whereby faculty members were being penalized for late tax payments, NYU would settle up. President Shirazi reiterated that all Faculty should be kept harmless in so far as having to pay additional tax by being in Singapore.

Professor Jon Hammond asked a question about how NYU handles its foreign institutions, how do they handle tax equalization in Florence or Dublin.  President Shirazi said in those situations, faculty are going from NYU and not staying there for a long period of time, or people are treated as local hires. Tisch Asia is a whole new situation, first time they've really dealt with international taxes.  President Shirazi mentioned that with Abu Dhabi, it is going to be different .

Professor Hammond brought up the unique issue of being from the U.K. regarding taxes, have to pay both U.S. and U.K. tax, and said it wasn't yet clear if NYU was going to pay the difference.

President Shirazi said they should not have to pay the difference, Professor Hammond said they are not getting any answers, and President Shirazi suggested he talk to Gerard Bueno. Professor Hammond said he had talked to Gerard who knows a lot about University policy on tax evaluation, but we need to find someone who can handle the U.S./U.K. tax equalization situation.  President Shirazi said that she would look into it for him.

## WHO WILL BE UP NEXT FOR REVIEW

Dean Louis Scheeder would be letting the Faculty who would be going up for the review next know.

## MEETING ADJOURNED

At 10:00 a.m. on April 17, a motion was made to end the meeting, and the final Full Faculty Meeting of Tisch Asia AY 2008-2009 was adjourned.

SHIRAZI004386

# EXHIBIT 25

this information tends to go from the faculty to the alumni association, not the other way around.

Professor Jon Hammond asked who precisely does the TischAsia review and to whom do they report. President Shirazi answered that the Provost Office does the review and reports to the Board of Trustees of NYU. We will have external reviews as well, but that is something we may want to do in ten years. This is an internal NYU review.

Professor Bill Tunnicliffe asked if the fiscal situation is part of the review. President Shirazi answered yes.

President Shirazi said that we always knew we would need more than a graduate program to be a financially sustainable graduate program. President Shirazi wanted to create an undergraduate program and she wrote the curriculum for it, but the NYU hierarchy put a stop on this because of NYU in Shanghai. Some in the NYU hierarchy are afraid that Shanghai would lose students to us, she said.

President Shirazi said that we are trying very hard to have continuing education programs which will help financially augment the graduate school. We will have our first batch of certificate students coming in October.

When NYU President Sexton visited TischAsia, he had the idea of putting TischAsia and the Law School together making it NYU in Singapore. We could then go to EDB for more money.

President Shirazi said that she didn't know when the review would be completed. President Sexton's visit last spring was part of the review. A lot happened over the summer, a lot of financial proposals back and forth. They requested a lot of information from us about the student body, where they come from, etc.

Professor Carlos Siguion-Reyna suggested that we have a running record of all the student films placed in festivals. Professor Caran Hartsfield is making sure that everyone knows about film festival participation for the website and the record that goes to the Provost.

Professor Gabrielle Kelly said that we are compiling a list of student festival participation. She sent Josh Murray this information for the website.

President Shirazi said that it is very important to keep in touch with Josh Murray. He's not here and he doesn't know everything that happens, but he is a very good worker and extremely supportive. He's ready to hear concerns. Work with him and a lot of good things will come of it.

Professor Gabrielle Kelly suggested that the faculty reach out to the alumni and keep in touch with what they are doing. President Shirazi heartily agreed. Most information about alumni careers comes to the faculty first.

P010595

# EXHIBIT 26

## ** DRAFT **

### MEMORANDUM

TO:        David McLaughlin Provost, NYU, Vice Chair Tisch Asia

FROM:    Mary Schmidt Campbell, Dean, Tisch School of the Arts; Chair, Tisch Asia

DATE:     February 24, 2011

RE:        Response to your Concerns re: Tisch Asia Outlined in e-mail dated 2/17/2011

---

**1. Does NYU want a significant undergraduate presence in Singapore?**

Tisch Asia's undergraduate program would be a unique addition to the NYU Globally networked university. There is no other art school in the region that even comes close to operating at our level.  Given the rapid growth in Asia's interest in the performing and cinematic arts, a fully developed art school with a mature, tried and true pedagogical approach and a track record of international super stars - M. Night Shyamalan, Ang Lee, Ong Keng Sen, William Sun - places NYU in a particularly favorable competitive advantage. Moreover, our host country has just opened a state of the art high school for the arts and is depending on Tisch Asia to capture its best graduates.  The Singapore EDB is ready to help us with financing and understands that New York will make no investment whatsoever in the undergrad program. Their grant in support of the undergraduate program is necessary for the continuing existence of the graduate program. The American Embassy has pledged their support as well.

**2. Too many restrictions in the Singapore society for 18 year olds?**

The question of freedom and restriction, like anything else, is not black and white.  Singapore, to students coming from China, Iran, any middle Eastern or South East Asian country is the "land of the free;" but if a student is coming from Denmark that is a different question.  Singapore is safe, there is no dress code, no requirement that women cover themselves, there is no restriction on male/female relationships -- our gay students and faculty have not faced any issues.  Publicly criticizing the government is a problem.  Drugs are a particularly big problem and it is true that there is zero tolerance for illegal drugs. As a result, there is virtually no drug activity in the country. The punishment for selling, using, or bringing any drugs into the country is severe. Drug laws in New York State, however, are draconian as well. In Singapore, we bring someone from the police department every year to explain the law in great detail to the students and to impress on them the very real dangers of drug use.  To date, we have had no

EXHIBIT: 8
WIT: McLaughlin
DATE: 6|8|18
ASHLEY SHUGAR

SHIRAZI004222

student problems vis-à-vis drugs. We can be clear about Singapore drug policy during the application process.  We are confident that there are students who would find this policy attractive and, in making Singapore a destination choice for their education, would do so with the policy in mind.

### 3. Detrimental to enrollments in NYU's other global programs, such as Shanghai, Sidney, Abu Dhabi

The Tisch programs would be in Film, Dance, Theatre, and Dramatic Writing and enhance rather than compete with existing and planned liberal arts programs. We cannot imagine that a physicist would be seduced to come to Tisch Asia to study dance full time. But he or she may be encouraged to study in Shanghai if they knew that they could take a semester to study film or dance nearby.  We believe that a Tisch program in Singapore that contains first rate options in the arts, located between Shanghai, Abu Dhabi, and Sydney, will create a great synergy for NYU global making it even more attractive. If we do not provide those opportunities, Yale University seems poised to do so in our stead.

### 4. Does NYU want an undergraduate degree program in Film, in Singapore or for that matter at any study away site?

This proposal is not for a degree in film; it is a comprehensive professional school in the arts that includes dance, musical theater, acting, dramatic writing as well as film.  Its attraction is for students who are prepared to go through a rigorous admission process to be accepted into those fields.  There is no reason for us to think these programs would compete with students who have no professional interest in the arts.

### 5. What are the legal/financial constraints under which Tisch Asia is Operating?

**Memorandum of Understanding between EDB and Tisch Asia**

NYU Tisch School of the Arts, Asia, Ltd. is a public company limited by guarantee.  Tisch Asia was incorporated in Singapore on March 7, 2007 and was registered as a charity under the Charities Act on October 30, 2007.

### A. TERM LOAN
| | | |
|---|---|---|
| Qualifying Period | : | March 1, 2007 – February 29, 2012 |
| Amount of Loan | : | US Dollars 11.680 Million |
| Term of Loan | : | 13 years |
| Purpose | : | Financing the negative projected cash flow |

- Conditions:
  - Enroll first intake of students by December 31, 2007

2

SHIRAZI004223

- o Enroll at least 168 students by December 31, 2010, of which 70% are international students; and, enroll at least 248 students by December 31, 2012, of which 70% are international students.

- o Incur annual total business spending of S$9.2million by Dec 31, 2010; and, incur annual total business spending of S$10.6million by December 31, 2012.

*Nothing contained in the deliverables or milestones above shall require the institution to compromise its academic standards.*

**B. <u>GRANT</u>**  *(March 1, 2007 – February 28, 2010)*

- EDB has agreed to provide a grant of up to S$3.74 million, or 40% of qualifying costs whichever is lower, to Tisch Asia.

  - o Grant will be used solely for the financing of the cost of establishment (including the equipping) of the Institution in Singapore.

  - o Grant may be used for equipment or faculty salary.

- Conditions:
  - o Must employ at least 38 full-time equivalent staff by Dec 31, 2010, of which 16 are full-time faculty; and, must employ at least 46 by December 31, 2012, of which at least 18 are full-time faculty.

  - o Develop at least 25 courses within Graduate Film by December 31, 2010, and at least 30 courses within Graduate Film by December 31, 2010.

  - o Organize cumulatively, at least 24 workshops and/or screenings by December 31, 2010; and, at least 46 workshops and/or screenings by December 31, 2012.

  - o Engage cumulatively in 11 eleven projects by December 31, 2010; and least 18 projects by December 31, 2012.

*Nothing contained in the deliverables or milestones above shall require the institution to compromise its academic standards.*

**C. <u>SERVICES CAPABILITY DEVELOPMENT PROGRAM</u> (EDB Grant)**

SHIRA2004224

- EDB has agreed to provide a grant not exceeding S$4.58 million to Tisch Asia.

- Qualifying period May 1, 2009 to April 30, 2014.

- Conditions:
  - Tisch Asia shall implement the grant indicated in the application dated April 1, 2009.

  - Tisch Asia shall provide documentary and/or other proof to demonstrate best efforts have been made to meet the project deliverables stated in Annex A.

    - Minimum enrollment per academic year is as follows:
      - AY 0809 – 37
      - AY0910 – 77
      - AY1011 – 104
      - AY1112 – 124
      - AY1213 – 129

    - For a total of 471 students for the 5 academic years.

- Provided, nothing contained in deliverable shall require Tisch Asia to compromise its academic standards.

- Claims shall be accompanied by an external audit report on enrollment.

- Tisch Asia submits an annual progress report to the EDB.

- Top management of Tisch Asia will meet with EDB to review its deliverable and expenditure annually.

- Tisch Asia shall permit EDB officers, at reasonable times, and under prior written notice, to inspect the premises where the development work is carried out.  Provided that, inspection does not interfere with operations of Tisch Asia.

- Tisch Asia shall be required to provide relevant information on development project when reasonable requested by EDB.

- EDB reserves the right to recover from Tisch Asia the total amount of the grant for any breach of condition under which the grant was approved.

SHIRAZ004225

- Tisch Asia agrees to keep the terms of the grant confidential.

- The failure of EDB to insist upon the strict performance of the provisions of this grant shall not constitute a waiver of EDB rights.

- If required by EDB, Tisch Asia shall submit, a copy of its annual audited accounts.

- Any changes to the terms and conditions of this offer, shall be mutually agreed by EDB  and Tisch Asia

## 6.  Are student life/dormitory issues properly taken into account in the undergraduates in Singapore scenario.

Yes, we have studied two scenarios one is to rent space and operate it ourselves as dormitory another idea is to have a third party involved.  The apartments/dorms in Singapore are usually in very good condition and we don't have to worry about conditions of older buildings because the Singapore government maintains oversight on building conditions. Even if we choose to go with a third party we will supervise the operation.

## 7.  When properly taken into account, what are their fiscal implications on the program?

Either scenarios will have a positive balance sheet.

## 8.  What is the detailed, multi-year fiscal plan?
Attached.

## 9.  And how does UG Program fit with the legal/financial constraints under which Tisch Asia is operating?

There will be a new agreement which, like the original, is vigorously reviewed by NYU Legal Counsel.

## 10.  Has Tisch considered an alternative plan, of an undergraduate program in film located throughout the global network (not in Singapore)?
- Perhaps 4 semesters at one or several locations outside of NY.
- With additional students allowed because of "backfill."
- With the additional students providing Tisch with additional revenue.
- With the degree not being a new degree, but under Tisch's current degree.

Though each class in film, theatre or dance may have one faculty or in case of acting more than a few, there is a small army of staff that work non stop behind the scenes to make the classes successful. To mount a class in film, for

SHIRAZ004226

example, requires equipment, storage, repair capabilities, administrative management of the coming and going of equipment - cameras, lights, lens etc --, post-production facilities, screening capacities - projectors, projectionists, screening rooms etc. And this is a partial inventory.   Having these kinds of operations in several places is exceedingly expensive, and impractical given the difficulty in finding staffing talent in each location.  To hire faculty, provide theater, rehearsal space, studios, sound stages and technical and production staff is more than a notion.

Asking students to come to Tisch New York can work for summer school and we welcome global participation.  During the academic year, however TSOA is over-enrolled. We took extra students in the past few years to meet budget gaps. Required courses already have long wait lists.

Collaborative Arts might be a possibility at 721, but until IPA has been decided, there is no space for the expansion of that program on the Broadway block.

The reality is NYU has an already well established site in Singapore.  Just recently the most revered man in Singapore, the Minister Mentor, founder and first leader Lee Kuan Yew  revealed that his granddaughter attends Tisch.  This article was published in their equivalent of the New York Times and posted on the government's website available here. (excerpt below) http://www.pmo.gov.sg/content/pmosite/mediacentre/inthenews/ministermentor/2 011/January/I_am_not_interested_in_a_dynasty.html

He had this to say about Tisch Asia.

*"Q: What do you think of your grandchildren?*
She's undergoing an intense course - three years - by (famous art school) Tisch School here. She's already finished one year and she's exhausted. Now she's got to prepare a script to do a film for herself to produce. I said, 'After this, are you going to really go into films or are you going to switch to something else?' She's multifaceted, but I think she will stick to films."

Moreover, closing the school would not go unnoticed in Singapore.  It is highly regarded and receives non-stop publicity.

SHIRA-0004227

# EXHIBIT 27

**Mary Schmidt Campbell <msc1@nyu.edu>**
To: Pari Shirazi <pari.shirazi@nyu.edu>
Tisch Asia

November 8, 2011 5:15 PM

Pari
Congratulations on the excellent news about Tisch Asia students. I
sent Michael's announcement to Joe and Nancy.

On the subject of Joe, Nancy and my upcoming meeting with the Provost
and the President,
I know that their constant assault is wearing. The innuendo that there
is something wrong or renegade or worst, corrupt permeates every
question Joe asks. Here are some thoughts regarding a strategy for our
response.

First, every time we mention the people from the past who were
informed and supportive --Jeanne Smith, Cheryl Mills, Jack Lew--the
university leadership team cringes. To them those people do not exist.
Forget them. Concentrate instead on the leadership who was there when
Tisch Asia came about and is still in charge.

Dave McLaughlin was Provost when the contract with EDB went to the
board and John Sexton was president. The NYU Board of Trustees passed
the contract unanimously. Use evidence every time you make a statement
have a document that references not what you remember of a
conversation but what exists as evidence of agreement, our disclosure
of facts and their agreement--tacit or otherwise.

It is a vital point that two members of NYU administration have been
board members from the start and their stated concerns are recorded in
the minutes of the meetings of the 2008, 2009, 2010.  Recorded too is
our response to finding a solution to long term sustainability.
Re-read those minutes. Have the details at your finger tips. Audited
financial statements have been circulated to them as well. Full
disclosure of the finances has been ongoing.

Here is where we need to be more forthcoming. We need to be clear
about what derailed us: inflated construction costs, less than
expected enrollment, larger than expected faculty and housing costs.



Campbell
EXHIBIT  15
DATE  6/14/18
ASHLEY SHUGAR

SHIRAZI05195

Curricular excellence, quality of faculty and student body and NY fundraising have exceeded expectations and civic and government support in Singapore have grown and remain strong.

We need a clear statement of purpose for Tisch Asia. As I listen, it sometimes sounds too vague or too sentimental. I know that you are working on one. Tie it not only to Tisch but to the university's global vision and strategy or at least what we know of it. Pose Singapore and Tisch Asia as assets, as value added to what the university wants to accomplish.

Surrender is not possible. We are in a battle and we need troops to fight. If you don't give your staff encouragement to defend what has been built, it is as if you have walked over to the office of the provost and told him to take Tisch Asia and all of our global programs. To lose the staff that runs those programs is good neither for you nor for Tisch.

My request is that you do the opposite. Rally them. Give them a sense of what they can win and what they can contribute. They are smart. They will see things you don't see and help you make a way out of this. As dean if the school, I will be at the front lines and will hold firm. But whatever I do will be of no use if the rearguard weakens and scatters.

I know that I am asking a lot but this is what is needed to see our way through this. I have asked Kaiko to find a time when we can talk further.

MSC

Mary Schmidt Campbell, Ph. D.
Dean, Tisch School of the Arts
721 Broadway
12th floor
New York, NY 10003

(212) 998-1800

Sent from my iPad

SHIRAZI05196

# EXHIBIT 28

music theatre, and direction.

This undergraduate program is very important for TischAsia. It will stabilize this school. Graduate programs are very expensive and usually don't survive without undergraduate programs. In order for us at TischAsia to not have to worry, we need an undergraduate program.

The program is written. It has to be approved by NYU Undergraduate Council. Then it has to go to the Middle State for degree granting.

Another set of challenges is raising the capital to start the program. President Shirazi will meet with the Singapore government to see if they will help. The program is not going to be very big—maybe 100 students. President has done the financial projections, what space, faculty and staff are needed.

The program will be integrated; students will be cross-trained here much more than they are in the New York program.

President Shirazi talked about the evolution of the idea of the undergraduate program. She asked if liberal arts courses could be taken in Singapore universities. The answer from NYU was no because NYU is granting the degree so they have to be mostly NYU courses.

One night, President Shirazi dreamt a solution. She will send TischAsia undergraduates to Global U for their liberal arts courses during the summer. Students can go to London, Florence, or Shanghai—there are so many campuses now. She is waiting for the reaction from NYU.

For those who don't know, academic courses are divided into two categories. One set is liberal arts. Those are the courses President Shirazi wants the students to take through Global U. The second set is History and Criticism which will be taken here in Singapore. There are two courses in particular President Shirazi wants students to take here: two semesters of Modern History of the World (WWI on). The second is the expository writing course.

NEW ADMINISTRATION STRUCTURE

TischAsia had one Director of Administration, Jason Beckerman; one Associate Director for Production; area managers in post-production, production, animation, digital arts. TischAsia also had Juanita Rodrigo "who did everything," President Shirazi said. Kartini Rahman did Student Affairs. Tim Tan did External Affairs.

"We changed that," President Shirazi said, "because it wasn't quite working." Also, Jason wanted to leave and Steve Paine left. Steve was Associate Director for Production in charge of post and production.

President Shirazi said she elevated the two area managers and Amos Katz to be the Associate Directors. Each one will have autonomy to look after their own area. They will report to the new Director of Administration. The new Senior Director of Administration, who has not yet been hired, will be charge of administration. Finances will go to another person.

P010578

# EXHIBIT 29

**From:** Gerard Bueno <gerard.bueno@nyu.edu>
**Subject:** Fwd: March 9, 2011 Meeting
**Date:** March 10, 2011 9:53:06 PM EST
**To:** pari.shirazi@nyu.edu

Pari,

While not surprising, the news on the Tisch Asia UG program is very disappointing. At least they've finally come clean that they just don't want it to happen instead of continuing to hide behind excuses. What's interesting is that he seems to have left the door slightly open with the possible collaboration with NUS. It's actually funny that's what we proposed in the very beginning.

I don't know if you've spoken to Dean Campbell about this but she came to speak to me about Tisch Asia. She mentioned that President Sexton is scheduled to be in Singapore on April 21st - sooner than we expected. He's willing to meet with Dr Beh. Will Tim be scheduling that meeting? Dean Campbell also asked me to work with Jiga on the financial projections that the President will be using as the basis of his request to EDB. Please let me know how you want to coordinate that work.

I shared the news about the Tisch Asia UG program with Annie so she's aware. Please let me know if we should schedule a time to talk or meet via Skype.

Thanks, Pari.

Gerard

**From:** Mary Schmidt Campbell <msc1@nyu.edu>
**Date:** March 10, 2011 7:03:55 AM EST
**To:** keiko.hayes@nyu.edu
**Cc:** sherli.antonio@nyu.edu, robert.cameron@nyu.edu, louis.scheeder@nyu.edu, andrew.uriarte@nyu.edu, gerard.bueno@nyu.edu, pari.shirazi@nyu.edu
**Subject:** Fwd: March 9, 2011 Meeting

Keiko

Please set my next meeting with John and Dave. It would need to be  March 29, 30, 31st, April 1.  We need time to prepare the requested materials.

To Dean's Team: Keiko will circulate assignments for each of these requests.

MSC

**From:** Mary Schmidt Campbell <msc1@nyu.edu>
**Date:** March 10, 2011 6:52:58 AM EST
**To:** john.sexton@nyu.edu
**Cc:** david.mclaughlin@nyu.edu
**Subject:** March 9, 2011 Meeting

Dear John

Thank you for the third in a series of meetings on the future of the Tisch School of the Arts. I have summarized, without comment, my understanding of our direction moving forward. Please let me know, if I have understood the direction you and Dave have asked the school to take.

I. IPA
You have asked the school to estimate all costs associated with increasing undergrad population by over 300 and grad population by 60. My budget director will work Tony Jiga on that assessment, taking into account the increased operating income from the additional Recorded Music endowment income. Faculty recruitment expen student housing costs will be included. We are assuming expanded facilities will be part of IPA.

You have asked for a  narrative response for why we need each of the planned IPA facilities i.e. theaters, rehearsal rooms, studio spaces, etc. and and you have asked to identify those aspects of the facilities that can enhance "synergies" with Steinhardt. You suggested, specifically, that I speak with  Mary Brabeck.

II. Singapore
John you are adamantly opposed to an undergraduate program in Singapore. You asked that Dean Shirazi stop any negotiations with the Singapore government re funding for such a program.
You have offered to visit Singapore this month to meet with Dr.Swan Gin Beh,(See e-mail from Dr. Beh below),  head of the Singapore EDB in order to negotiate a government subsidy to support the existing graduate program. To do that, however, you would need to know that the financial analysis that forms the basis of a request takes into account what is realistically necessary--short term and long term-- for such a request. You have suggested, for example, that requesting debt forgiveness mi possible or turning the loan into a grant might also be possible, if either approach offers a long term solution.
Your meeting with the President of NUS has raised for you the possibility of a collaboration between Tisch Asia and NUS.

III. Evaluation of Study Abroad Programs
You are asking all schools to evaluate study abroad programs with the intent of consolidating the number of NYU global sites for security and compliance reasons. and STERN now occupy 60% of all study abroad sites.  Of Tisch, in particular, you are asking that we create a list of sites in terms of their importance to the school and existing curriculum. You ask that we articulate what merits our programmatic presence in a particular city and in collaboration with a specific artistic institution. For those TSOA programs sited in cities with NYU global campuses, you have asked us to make every effort to integrate the program with NYU, e.g. residence halls, wellness, st life, etc. My understanding is that our students, as Dave suggested, already take advantage of NYU general education opportunities when studying in cities with NYU campuses

IV. Leadership Team
I have given you my retirement schedule and we need further conversations about how we approach filling new senior level  positions and planning my successor.

As we continue these conversations, I am working on two assumptions: we are finding a strategy for the long term health of one of NYU's assets, and that having come agreement on a strategy, we will  move ASAP to put it into place.



Campbell
EXHIBIT 12
DATE 6/14/18
ASHLEY SHUGAR

SHIRAZI05713

# EXHIBIT 30

Shirazi Pari <parisara@mac.com>
To: Christabel SUNMUGAM (EDB)
<Christabel_SUNMUGAM@edb.gov.sg>
Cc: Aaron THAM (EDB) <Aaront@edb.gov.sg>, Chua Yong
<yhc6@nyu.edu>
Re: Email to Tisch re. grant

Thank you so much for the good news.
Pari
On Jul 26, 2011, at 2:52 AM, Christabel SUNMUGAM (EDB) wrote:
Dear Pari,

Thanks for your email. We are processing Tisch's grant as fast as we
can and will be sending the draft letter of offer to Tisch early next
week. We aim to have a final letter of offer sent in the next few weeks.

Sincerely,
Christabel

_____

Ms Christabel SUNMUGAM ▪ Senior Officer ▪ Human Capital
Singapore Economic Development Board ▪ tel: 6832-6660 ▪ fax: 6832-6566 ▪
web: www.sedb.com
*Privileged/Confidential information may be contained in this message. If you are not
the intended recipient, please notify the sender immediately and you must not use
the message for any purpose nor disclose it to anyone.*

<image001.jpg>

**From:** Pari Sara Shirazi [mailto:parisara@mac.com]
**Sent:** Tuesday, 26 July, 2011 11:39 AM
**To:** Christabel SUNMUGAM (EDB); Aaron THAM (EDB)
**Subject:** Fwd: Email to Tisch re. grant



EXHIBIT: 19
WIT: Shirazi
DATE: 6/4/18
ASHLEY SHUGAR

Dear Christabell and Aaron,

We appreciate your help, currently we have no cash to pay our
bills as you are aware we have gotten cash advances from New
York for June, and July to operate. Currently we have no cash to

SHIRAZI05169

pay our bills and New York is not an option any more. Thanks for your attention. Pari

Begin forwarded message:

**From**: Yong Heng Chua <yhc6@nyu.edu>
**Date**: July 25, 2011 11:34:52 PM EDT
**To**: "Christabel SUNMUGAM (EDB)"
<Christabel_SUNMUGAM@edb.gov.sg>
**Cc**: "pari.shirazi@nyu.edu pari.shirazi@nyu.edu"
<pari.shirazi@nyu.edu>
**Subject: Re: FW: Email to Tisch re. grant**

Christabel,

Could you let us know when the $2,019,625 will be available? Thank you.

Yong Heng

On Thu, Jun 9, 2011 at 11:05 AM, Christabel SUNMUGAM (EDB) <Christabel_SUNMUGAM@edb.gov.sg> wrote:
Dear Pari,

To meet Tisch's urgent cash flow needs for 2011 and part of 2012, we would like to propose the following amendments to Tisch's 2nd SCDP grant. This has yet to be approved internally. Please let us know if Tisch would be agreeable with this approach. We consider this approach to be generous as we have committed to considering waiving Tisch's SCDP loan on a longer term depending the sustainability plan it will deliver. If you are agreeable with the below, we will proceed to seek approval for the amendment and issue Tisch a Letter of Offer which will confirm our offer on the

SHIRAZI05170

amendment.

Proposed Amendments to SCDP 2:
i)       decreasing the grant amount from $4,579,000 to $4,227,520 (based on the below calculation). The grant will be based on a development grant of S$2,851,680, which will be disbursed upfront, and on a grant per student basis of $9,140 for Dramatic Writing, Animation and Production students enrolled in the postgraduate programmes in Academic Year ("AY") 2008/2009 to AY2011/12; and

ii)      the AY2011/12 grant will be disbursed only if Tisch submits a satisfactory report to EDB detailing its plans to reach financial sustainability by 30 September 2011.

We will be able to disburse S$2,019,625 on top of the S$1,590,675 that has been previously disbursed.

The remaining S$667,220 will be disbursed on a grant per student basis for up to 73 students if Tisch submits a satisfactory report to EDB detailing its plan to reach sustainability (by Sep 2011).

Sincerely,
Christabel

---

Ms Christabel SUNMUGAM ■ Senior Officer ■ Human Capital
Singapore Economic Development Board ■ tel: 6832-6660 ■ fax: 6832-6566 ■ web:
www.sedb.com
*Privileged/Confidential information may be contained in this message. If you are not the intended recipient, please notify the sender immediately and you must not use the message for any purpose nor disclose it to anyone.*

<image001.jpg>

July 27 2011 2:28 AM

Aaron THAM (EDB) <Aaront@edb.gov.sg>

SHIRAZI05171

# EXHIBIT 31

**Mary Schmidt Campbell <msc1@nyu.edu>**
To: Pari Shirazi <pari.shirazi@nyu.edu>
Tisch Asia

November 8, 2011 5:15 PM

Pari
Congratulations on the excellent news about Tisch Asia students. I
sent Michael's announcement to Joe and Nancy.

On the subject of Joe, Nancy and my upcoming meeting with the Provost
and the President,
I know that their constant assault is wearing. The innuendo that there
is something wrong or renegade or worst, corrupt permeates every
question Joe asks. Here are some thoughts regarding a strategy for our
response.

First, every time we mention the people from the past who were
informed and supportive --Jeanne Smith, Cheryl Mills, Jack Lew--the
university leadership team cringes. To them those people do not exist.
Forget them. Concentrate instead on the leadership who was there when
Tisch Asia came about and is still in charge.

Dave McLaughlin  was Provost when the contract with EDB went to the
board and John Sexton was president. The NYU Board of Trustees passed
the contract unanimously. Use evidence every time you make a statement
have a document that references not what you remember of a
conversation but what exists as evidence of agreement, our disclosure
of facts and their agreement--tacit or otherwise.

It is a vital point that two members of NYU administration have been
board members from the start and their stated concerns are recorded in
the minutes of the meetings of the 2008, 2009, 2010.  Recorded too is
our response to finding a solution to long term sustainability.
Re-read those minutes. Have the details at your finger tips. Audited
financial statements have been circulated to them as well. Full
disclosure of the finances has been ongoing.

Here is where we need to be more forthcoming. We need to be clear
about what derailed us: inflated construction costs, less than
expected enrollment, larger than expected faculty and housing costs.



Campbell
EXHIBIT   15
DATE   6/14/18
ASHLEY SHUGAR

SHIRAZI05195

Curricular excellence, quality of faculty and student body and NY fundraising have exceeded expectations and civic and government support in Singapore have grown and remain strong.

We need a clear statement of purpose for Tisch Asia. As I listen, it sometimes sounds too vague or too sentimental. I know that you are working on one. Tie it not only to Tisch but to the university's global vision and strategy or at least what we know of it. Pose Singapore and Tisch Asia as assets, as value added to what the university wants to accomplish.

Surrender is not possible. We are in a battle and we need troops to fight. If you don't give your staff encouragement to defend what has been built, it is as if you have walked over to the office of the provost and told him to take Tisch Asia and all of our global programs. To lose the staff that runs those programs is good neither for you nor for Tisch.

My request is that you do the opposite. Rally them. Give them a sense of what they can win and what they can contribute. They are smart. They will see things you don't see and help you make a way out of this. As dean if the school, I will be at the front lines and will hold firm. But whatever I do will be of no use if the rearguard weakens and scatters.

I know that I am asking a lot but this is what is needed to see our way through this. I have asked Kaiko to find a time when we can talk further.

MSC

Mary Schmidt Campbell, Ph. D.
Dean, Tisch School of the Arts
721 Broadway
12th floor
New York, NY 10003

(212) 998-1800

Sent from my iPad

SHIRAZI05196

# EXHIBIT 32

Message

| | |
|---|---|
| **From:** | Mary Schmidt Campbell [msc1@nyu.edu] |
| **Sent:** | 6/5/2012 11:15:31 AM |
| **To:** | Michael Burke [michael.burke@nyu.edu] |
| **CC:** | Sheril Antonio [sheril.antonio@nyu.edu]; Mary Schmidt Campbell [msc1@nyu.edu] |
| **Subject:** | Re: a matter of concern |

Dear Michael

Thank you for your thoughtful email. To help me understand the need better, can you walk me through the registration process (perhaps someone on Sheril's staff can work with you on this) and articulate the process step by step?

As Sheril can tell you from our experience making course corrections at Tisch, I need to have a clear understanding before I can propose to Joe one solution or another. (My line, to her--via Denzel Washington-- is tell it to me like I am a three year old).

The need to reduce $2M from the budget will have a material impact on the operation of the school. Our choice--cut the budget or close the school--is stark. Our resourcefulness and inventiveness will be put to the test as it often is here in New York as well.

Let's start by making sure that I understand fully the process, where there are now deficiencies and the resources we may have--traditional or non-traditional--to solve this. We will construct a solution and, you are right we both time and will.

Look forward to hearing from you.

MSC

On Tue, Jun 5, 2012 at 5:05 AM, Michael Burke <michael.burke@nyu.edu> wrote:
Dear Dean Campbell,

I'm sorry to have missed you in LA. It was a very fruitful trip and we had a solid Tisch Asia student and alumni presence. All in all a great week.

When I met with Sheril in LA, I brought up some serious concerns that I am having regarding the current support staff situation at Tisch Asia and I want to share my observations with you. Staff morale is extremely low at Tisch Asia. You may or may not know that we just lost two of our most competent and experienced staff persons, Jocelyn and Theeba in Student Services (this in addition to Kartini leaving us). Bob Cameron had spent a great deal of time providing additional training to them both. With their departure, we've lost a significant amount of competency and institutional memory. Jocelyn was responsible for Student Life and Theeba did registration and venue scheduling for all departments. It is a huge job which she did very well. There is a plan to replace Jocelyn but there is currently no plan to replace Theeba as was first promised.

What Joe and Nancy have proposed instead is to form an Academic Team of assistants to serve all departments and parceling out duties across all departments. However, it has been left to the assistants to decide how the work should be divided and the Chairs have not been solicited for information regarding individual department needs (this is where Kartini's role was essential). Critical staffing decisions are being made without input from the Chairs or a solid understanding of how registration or individual departments function. Both Bill Kovascik

EXHIBIT: 22
WIT: Burke
DATE: 6/1/18
ASHLEY SHUGAR

NYU0008489

and I have asked directly to provide input but we have not been given clear or specific answers as to what shape this team will take or specifics on how duties will be divided nor have we been presented with a clear explanation of how registration will be handled. Neither have the assistants. Frankly, it is a rather chaotic set up and one with which I am not familiar. As we are a production department, Grad Film has very specific needs for the assistant to the Chair. She is in essence, our production coordinator and critical to an effective delivery of our curriculum. It is a big job on its own. Parceling out pieces of the administrative duties will not be effective for us and is not prudent. Too much can slip through the cracks.

Of course, I do understand the need to do more with less and I am happy to have Dhusha, asst. to Grad Film, take on more responsibilities and I have made that clear but I am very concerned with the current arrangement and lack of trained or appropriate support staff on the new team, particularly as it pertains to registration. For the first time during my tenure at Tisch Asia, I do not feel the departments are being properly supported or ready to begin the new year. This is of great concern to me as we currently have 49 accepts in Film. Dramatic Writing will also take in its largest class to date. Registration and all that involves is my biggest concern and the support is just not there. Right now, we risk a chaotic atmosphere and very unhappy students. I would not be writing to you otherwise.

All this being said, I think there is sufficient time to fix this prior to the start of the semester. And I am happy to help in any way I can to insure that the needs of the departments and students are met in the fall. Perhaps there is an opportunity here to bring someone from Tisch to do registration and provide training to a local staff person. The need is great.

Thanks so much for your attention to this. I would like to speak to you more about this very soon if possible.

All the best,
Michael

--

Michael Burke
Chair, Graduate Film
New York University
Tisch School of the Arts Asia
3 Kay Siang Road
248923 Singapore
Tel: +65 6500 1747  UTC+8
michael.burke@nyu.edu
http://tischasiablog.com/category/film/
http://vimeopro.com/nyutischasia/film

--

Mary Schmidt Campbell
Dean, Tisch School of the Arts, New York University
721 Broadway, 12th floor
New York, NY 10003

NYU0008490

# EXHIBIT 33

# FILED UNDER SEAL

# EXHIBIT 34

Sun, 18 Dec 2011 20:55:15 -0500
**Subject:** Re: TischAsia - Five year Review Preliminary Overview
**From:** Mary Schmidt Campbell <msc1@nyu.edu>
**To:** Joe Juliano <jpj1@nyu.edu>
**Cc:** Linda Mills <linda.mills@nyu.edu>, Nancy Morrison <nancy.morrison@nyu.edu>

EXHIBIT   3
WIT: Juliano
DATE: 5-30-18
Mary Agnes Drury

Joe

The edits are excellent. The section on the undergrad program, however, still leaves me confused. What if we write the following:

"As originally planned, Tisch Asia was envisioned as an undergraduate program. When that option was not possible, Tisch Asia leadership proceeded with a graduate program.

As early as 2008, minutes from the Blank, 2008 board meeting records a presentation made by the President of Tisch Asia stating that an undergrad program would be necessary to sustain the program and that plans for a program would be offered to the board. As there was no board meeting during 2009, no plans were forthcoming. Plans for an undergrad program were submitted to the provost in the summer of 2010 but were not acceptable to NYU leadership.

In April 2011, President Sexton traveled to the
Singapore campus during which time he met with Dr. Beh of Singapore EDB and President Tan and Provost Tan of the National University of Singapore. At that time, the president requested from Dr. Beh forgiveness of the loan, and relief from GST to assist in Tisch Asia's financial sustainability which, at the time, he was led to believe would significantly improve that sustainability.
In return for consideration of his request, Dr. Beh asked that NYU consider the possibility of an undergraduate Tisch arts program in partnership with NUS at some point in the future and that such an undergraduate Tisch arts program be exclusive to Singapore in Asia. President Sexton agreed that careful consideration would be given to an arts program in partnership with NUS that would be exclusive in Asia."

Also I would not include the speculative part. I think we get into tricky waters when we surmise what the Tisch Asia management might have believed all along. I think that, as presented, the facts speak for themselves.

MSC


On Sat, Dec 17, 2011 at 10:23 AM, Joe Juliano <jpj1@nyu.edu> wrote:

Linda, Mary,

Please find my edited version of the Preliminary Overview of the Five Year Review to be included with the 11/22 Board minutes.

The essential question in my mind is an academic planning one - was there ever a chance for TischAsia as a standalone graduate program to be financially sustainable and was it managed to be financially sustainable. In my assessment, the answer is no to both questions. Only TischAsia Management understood the specific financial reasons for why the model could never work and these reasons were never detailed in a sharp way in the Board meetings according to the minutes. It was certainly the case that financial gaps were reported on but never the case that the real reasons causing the gaps were called into sharp focus. The obsession with GST in the 2008 Board minutes is very disturbing given the minor contribution it had to the negative bottom line. It is also not clear why GST was not considered in the original plan. GST is owing in a lot of places where we operate.

The real issue about the original plan are the ones we have rehashed over and over again, over aggressive revenue projections, under aggressive expense projections, no worrying about capital investment or long term viability with respect to facilities, no contingency on exchange rates, no recovery of overhead costs.

It is not enough to submit to EDB a financial projection that balances, it must be a financial projection that is based on real plans. The Financial Plan was simply unrealistic and we quickly knew that. I think this has to be seen as more than a difference in being optimistic vs pessimistic when it comes to projections but about being realistic about projections and accurate in reporting the causes of gaps. We know the University Budget Office was completely excluded from knowing

NYU0021565

financial situation and although the Tisch Asia Board had financial reports, the reasons for the gaps were never fully highlighted.

Joe


--
Joseph Juliano
Vice Provost and Associate Vice Chancellor for Strategic Planning
70 Washington Square South
New York, New York 10033

212-998-8015



--
Mary Schmidt Campbell
Dean, Tisch School of the Arts, New York University
721 Broadway, 12th floor
New York, NY 10003

212 998-1800
mary.campbell@nyu.edu

NYU0021566

# EXHIBIT 35

**From:**    Dick Foley <dick.foley@nyu.edu>
**To:**      Mary Campbell <msc1@nyu.edu>, Pari Shirazi <pari.shirazi@nyu.edu>
**Sent:**    Thu, 28 Apr 2011 07:10:16 -0400
**Subject:** Re: Singapore

Mary,

I forgot to add in the previous message, could you (or Pari) get me copies of your existing agreement(s)?

Dick


----- Original Message -----
From: Mary Campbell <msc1@nyu.edu>
Date: Wednesday, April 27, 2011 9:14 pm
Subject: Re: Singapore
To: Dick Foley <dick.foley@nyu.edu>
Cc: Ricky Revesz <richard.revesz@nyu.edu>, Mary Campbell <mary.campbell@nyu.edu>, David McLaughlin <david.mclaughlin@nyu.edu>, Pari Shirazi <pari.shirazi@nyu.edu>

> Dick
> Thanks. Are you going to take the first crack at drafting the proposal?
>
> MSC
>
> Sent from my iPhone
>
> On Apr 27, 2011, at 4:46 PM, Dick Foley <dick.foley@nyu.edu> wrote:
>
> > Hi Ricky and Mary,
> >
> > Dave and John have asked me, aided by Uli and Joe, to get involved
> in working up the proposal for Singapore, with the overall frame being
> a University umbrella consisting of the existing Law program, the
> existing Tisch program, and a new study abroad program.
> >
> > The most important components of the proposal, as I understand it,
> are to be: 10 year; some kind of rolling horizon provision;
> continuation of the financial aid that Law currently receives;
> association of Tisch Asia with NUS (and hence no 7% tax); forgiveness
> of the construction loan to Tisch; continuation of the current grant
> to Tisch; Singapore pays for moving and renovation costs if Tisch is
> asked to move to the new campus; and the introduction of a new study
> away program for undergraduate NYU students.
> >
> > No doubt there are lots of other details as well, but perhaps the
> simplest place to begin is with the existing Law agreement.
> >
> > Could you send that to me, Ricky?
> >
> >
> > Dick
> >



EXHIBIT: 11
WIT: McLaughlin
DATE: 6/8/18
ASHLEY SHUGAR

# EXHIBIT 36

**Rosalind Fink**

| | |
|---|---|
| From: | Pari Sara Shirazi [parisara@me.com] |
| Sent: | Sunday, June 09, 2013 10:08 AM |
| To: | Rosalind Fink |
| Subject: | Fwd: Arts planning for Abu Dhabi |

Begin forwarded message:

**From: Mary Schmidt Campbell <msc1@nyu.edu>**
**Subject: Fwd: RE: Arts planning for Abu Dhabi**
**Date: August 18, 2008 6:15:31 PM EDT**
**To: pari.shirazi@nyu.edu**

Pari
John is telegraphing to the University Leadership Team that the situation in Singapore is "fragile." This I am sure was the report which the Provost gave to him. When you return, we should discuss the steps we need to take to strengthen Singapore.

Also, Joan mentioned minutes from the Board meeting. I have not received a copy.
MSC

**From: Mary Brabeck <mary.brabeck@nyu.edu>**
**Subject: RE: Arts planning for Abu Dhabi**
**Date: August 18, 2008 5:54:04 PM EDT**
**To: 'John Sexton' <john.sexton@nyu.edu>, 'Mary Schmidt Campbell' <msc1@nyu.edu>**
**Cc: 'Mariet Westermann' <mariet.westermann@nyu.edu>, 'Hilary Ballon'**
**<hilary.ballon@nyu.edu>, edward.sullivan@nyu.edu**
**Reply-To: mary.brabeck@nyu.edu**

Dear John, Thanks for the update and we are eager to help move the curriculum forward. This is very exciting. Mary, we should talk again soon. Best to all, Mary

-----Original Message-----
From: John Sexton [mailto:john.sexton@nyu.edu]
Sent: Monday, August 18, 2008 5:43 PM
To: Mary Schmidt Campbell; Mary Brabeck
Cc: Mariet Westermann; Hilary Ballon; edward.sullivan@nyu.edu
Subject: Arts planning for Abu Dhabi

Mary and Mary:

I want to give you an update on planning for the undergraduate arts

1

Campbell
EXHIBIT  14
DATE  6/14/18
ASHLEY SHUGAR

SHIRAZI003208

# EXHIBIT 37

# FILED UNDER SEAL

# EXHIBIT 38

# FILED UNDER SEAL

# EXHIBIT 39

# FILED UNDER SEAL

# EXHIBIT 40

# FILED UNDER SEAL

# EXHIBIT 41

# FILED UNDER SEAL

# EXHIBIT 42

# FILED UNDER SEAL

# EXHIBIT 43

# FILED UNDER SEAL

# EXHIBIT 44

# FILED UNDER SEAL

# EXHIBIT 45

Mary Schmidt Campbell <msc1@nyu.edu>                                                October 7, 2011  10:03 AM
To: Pari Sara Shirazi <parisara@mac.com>
Cc: Peter Gonzales <peter.gonzales@nyu.edu>, Louis Scheeder <louis.scheeder@nyu.edu>, Mary Schmidt-Campbell
<mary.campbell@nyu.edu>, Gerard Bueno <gerard.bueno@nyu.edu>, Annie Stanton <annie.stanton@nyu.edu>
Re: overload for Tisch Asia faculty


Peter
I strongly endorse this blanket approach for Tisch Asia.

MSC

Sent from my iPhone

On Oct 7, 2011, at 3:42 AM, Pari Sara Shirazi <parisara@mac.com> wrote:

Dear Peter,
I hope this email finds you in great spirit. I am writing from Singapore regarding our faculty.  Louis has already communicated to you our very special situation
and challenges which we can 90% solve if we have a blanket exception to the overload policy at NYU. I know you have to go to the provost with this request,
hence if you need more information a formal letter, whatever else please let me know.  Let me explain our situation and challenges.

**Acces to adjunct faculty:**

- In New York we have access to a vast number of professionals from which we can easily draw a good number of adjunct faculty. In singapore there is any
film, or theatre industry to speak of and whatever little pool they have are not nearly qualified to teach at a master of fine arts level.  Very seldom we find
anyone who can teach for us and that is in less relevant areas such as entertainment law.

**Budgetary concerns:**

We are in a tight financial situation and have to cut our faculty lines in grad film by 2/12 in order to get closer to balance our budget. We cannot replace these
faculty or other provide for the needs in other departments by hiring full time or adjunct faculty; one due to the poor adjunct pool in Singapore and one for
budgetary restrictions. Therefore the only way I can think of is to use the faculty resources that we have on campus. In this way we can be sure about the quality
of teaching and not break the bank. Other than cutting faculty lines, let me give you another example, we have had success with students in dramatic Writing
Program and doubled the number of students this year but could not do the same for the faculty.  This will be a major problem next year when this cohort are in
their second year and need more faculty.  If we allow our faculty to teach an extra course here or there to staff the classes our problems would be reduced to
1/3rd.

**Blanket exception**

Now why blanket exception rather than case by case? That is for planning purposes, if we know we have the option of faculty overload we can plan for next
year otherwise we are in a deeper problem with our budget deficit because we have to advertise for full time faculty. Having this exception will also give us a
chance think carefully about overall faculty work during any given semester by planning their teaching, committees and independent studies and make sure they
are not in an unmanageable situation.  Of course we will approach faculty just to ask and if they are not willing to have an extra course there will not be any
consequences.


Peter,
I hope this is clear and helpful, but as I mentioned please let me know if you need any other information. Thank you for your help,
Pari

By the way the faculty at Tisch Asia have the same teaching load as the Tisch NY faculty (5 courses per year).



Campbell
EXHIBIT 17
DATE 6/14/18
ASHLEY SHUGAR

SHIRAZI06361

# EXHIBIT 46

```
                                        Page 1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3
     Civil Action No. 16 Civ. 07295 (VM)(KNF)
 4   ------------------------------------------x
 5   ANNA BASSO, AMY HARTMAN, and JAIME VILLA
     RUIZ,
 6
                           Plaintiffs,
 7
         - against -
 8
     NEW YORK UNIVERSITY,
 9
                           Defendant.
10
     ------------------------------------------x
11
                           217 Centre Street
12                         New York, New York
13                         June 1, 2018
                           10:05 a.m.
14
15
16        DEPOSITION of MICHAEL BURKE, a
17   Non-Party Witness in the above-entitled
18   action, held at the aforementioned time and
19   place, taken before Ashley Shugar, a
20   Shorthand Reporter and Notary Public of the
21   State of New York, pursuant to the Federal
22   Rules of Civil Procedure, Notice and
23   stipulations between Counsel.
24
25
```

Page 233

1                    M. BURKE
2        Q.    What about graduate dramatic --
3    dramatic writing program?
4        A.    I don't know.
5        Q.    So in -- in Tisch Asia,
6    in 2007, who was the chair of film program?
7        A.    2007?  John Tintori.
8        Q.    And that's academic year 2007
9    through 2008?
10       A.    Correct.
11       Q.    What about 2008 through --
12       A.    And there was an associate
13   chair at that time, Matt Myers.
14       Q.    And in 2008-2009 academic year,
15   who was the chair of film at Tisch Asia?
16       A.    David Irving.
17       Q.    And 2009-2010 academic year?
18       A.    David Irving.
19       Q.    And 2010-2011 academic year?
20       A.    David -- my -- me.
21       Q.    2011-2012?
22       A.    Me.
23       Q.    2012-2013?
24       A.    Me.
25       Q.    And were you the chair of film

Page 234

```
 1                    M. BURKE
 2   program until Tisch Asia was closed?
 3         A.    Yes.  Other than when -- the
 4   two times I was on leave.
 5         Q.    And who --
 6         A.    There was an interim chair.
 7         Q.    Who was the interim chair when
 8   you were on leave?
 9         A.    John Hammond while I was
10   working on the film, and I don't
11   remember -- oh, I think that's when John
12   Tintori came back for the second time.
13   That would have been fall of 2012.
14         Q.    Uh-huh.
15               And who were the chairs of
16   dramatic writing program, chronologically,
17   if you can give us that information?
18         A.    Richard Wesley, Mark Dickerman
19   and Bill Kovacsik.
20         Q.    And the chairs of ANDA program?
21         A.    Jean-Marc Gauthier.
22         Q.    Anyone else?
23         A.    (Shakes head.)
24         Q.    He was the only chair
25   through- -- throughout the entire time?
```

1                    M. BURKE

2    BY MS. RAMANENKA:

3        Q.    When did he leave Tisch Asia?

4        A.    When the program closed, ended.

5        Q.    And when was that?

6        A.    2014.

7        Q.    Can you tell us, in

8    chronological order if you can, the chairs

9    of the graduate film program in Tisch New

10   York from 2007 through present?

11       A.    John Tintori, Barbara Schock.

12       Q.    Anyone else?

13       A.    No.

14       Q.    This is just film?  For the

15   graduate film program?

16       A.    Yes.

17       Q.    And can you tell us the chairs

18   for the graduate dramatic writing program

19   in Tisch New York from 2007 through the

20   present?

21       A.    I cannot.

22       Q.    Do you know anybody -- any

23   chair of graduate dramatic writing program

24   in Tisch New York?

25       A.    During those years?

```
                                    Page 194
 1                    M. BURKE
 2   BY MS. RAMANENKA:
 3        Q.    I will direct you to the bottom
 4   of the Page 8053.  In the middle of the
 5   last paragraph, that student states, "I was
 6   repeatedly assured the quality of education
 7   during the wind down would not be
 8   compromised."
 9              Do you know who among Tisch
10   Asia faculty or administrations were giving
11   students these kinds of assurances?
12        A.    I don't know what he's
13   reference -- who he's referencing there.
14        Q.    The next sen- --
15              In the next sentence, the
16   student states, "Simultaneously, I was
17   losing instructional hours as my faculty
18   met to discuss their concerns
19   professionally and personally and students
20   met to decipher what had just been pulled
21   from beneath them."
22              Is this student describing the
23   situation accurately?
24              MR. STOCKMAN:  Objection.
25              You can answer.
```

# EXHIBIT 47

Tisch_Singapore_Career_Development.doc

Pari--

Thanks so much for lunch today. It was wonderful to see you looking wonderful!

Attached is aproposal for a visit to Singapore by Melissa Brodsky. Apparently she sent it to me before but I forgot! She worked on it with Kartini.

Enjoy your mother's visit, at least for a while!

--Bob

---------- Forwarded message ----------
From: **Melissa Brodsky** <Melissa.Brodsky@nyu.edu>
Date: Tue, Jun 21, 2011 at 2:47 PM
Subject: Singapore
To: Robert Cameron <robert.cameron@nyu.edu>

--
Robert Cameron
Associate Dean for Student Affairs
Tisch School of the Arts
New York University
726 Broadway, 2nd floor
212-998-1902

NYU0015386

**Tisch Singapore Career Development**

**Issues:**
Historically Tisch Singapore students have been directed to the NY office for their career development needs. As the first set of graduates begin their preparation for the job search, there is an immediate and apparent issue in providing appropriate services to our students in Singapore. Due to the size of our student and alumni population we already work with, limited staff size and the time difference, working directly with students in Singapore is inherently difficult. Many of the services and events offered in the New York office such as one on one career counseling; access to office library; access to the mentor database as well as access to all workshops and events take place in person, making the inclusion of Singapore students impossible.

**What we are already doing:**
Some of the services Tisch Singapore students have access to is our online internship and job listserv; access to studio systems (due to cost of the subscription we currently have one shared account only used by Tisch Singapore while we are closed in NY), Art Search and other online subscriptions, access to submitting loglines to the screenplay bank. We have also shared with the students in Singapore our office handouts including, but not limited to resume, interview, networking handouts, as well as industry spotlights, etc.)

Over the past two years, to address the immediate needs of graduating students a NY office representative presented "preparing for graduation program/introduction to Career Development" via skype. Topics included, but were not limited to; Re-entry to the US, work authorization for international students, interviewing, networking, Cultural Issues, festivals, pitch meetings, mentorship and sustainable work. This program allowed for questions and answers. Follow up has taken place in our office with students who have come to NY from Singapore and via phone with students.

**Short term plans:**
- NY office representative will visit Singapore to "train the trainer" and to gather specific information and gain knowledge of job market in Singapore from the staff and faculty. This information gathering will include information on what career related activities already exist and are in place and what is missing. Will work with staff in creating an in-depth workshop to assist and steer Singapore staff in appropriate plans for future career events and workshops. Fall/winter is the recommended time for this.
- Coordinate a "career advisory group" made up of staff and faculty (including interested staff/faculty volunteers and teachers of exit strategies courses)
- Assist in creating 3-4 day career preparation program for students to address career preparedness. (in conjunction with Singapore staff)
- Along with staff in Singapore, address gaps in our NY programming such as limited access to industry (jobs, internships) and mentors in Asia (for NY students looking to return home/work abroad) and the development of additional resources for students, especially in animation and graduate film.

**Future plans and observations**
- Have permanent career counselor in place in Singapore, working in conjunction with the NY office to provide similar services for our entire student body.

As we move forward the Singapore office should create a synergy with the office in NY that looks forward in preparing future classes for graduation, rather than playing catch up as we go. Career development is best when it is pro-active, not reactive.

NYU0015387

# EXHIBIT 48

# FILED UNDER SEAL

**Sent:** Wed, 28 Jan 2015 11:43:34 -0500
**Subject:** Re: Tisch Asia students
**From:** Melissa Brodsky-Levine <melissa.brodskylevine@nyu.edu>
**To:** Adam Underhill <adam.underhill@nyu.edu>

Up to you. Man, you should come work in our office full time!
DCR at 11. We are doing a short presentation and then a q&a

On Wed, Jan 28, 2015 at 11:39 AM, Adam Underhill <adam.underhill@nyu.edu> wrote:

Well Gabrielle Kelly already sent my info around to them. Just let them know I'm another resource - I'm happy to help with post-grad job hunting as well (you know that!).

On Wed, Jan 28, 2015 at 11:35 AM, Melissa Brodsky-Levine <melissa.brodskylevine@nyu.edu> wrote:

As of may they will all be grads- there will also be some 4th years in the bunch and I hope not pursuing internships..... So you tell me.
Everyone else is trying to get away from them ;)

I can certainly mention your office and provide them with your info if you want.

On Wednesday, January 28, 2015, Adam Underhill <adam.underhill@nyu.edu> wrote:

Nothing really, just was wondering if you wanted to make them aware of my existence. It's probably not necessary and I don't want to distract.

On Tue, Jan 27, 2015 at 2:41 PM, Melissa Brodsky-Levine <melissa.brodskylevine@nyu.edu> wrote:

Will you be joining us? What are you planning to cover?

On Thursday, January 22, 2015, Adam Underhill <adam.underhill@nyu.edu> wrote:

I heard you're meeting with the Tisch Asia students next Friday. Would I be able to make an appearance?

**Best,**
**Adam**

--
Adam Underhill
Internship Coordinator
Maurice Kanbar Institute of Film & Television
721 Broadway, Room 940
New York, NY  10003
T 212.998.1722

--
Melissa Brodsky-Levine
Director, Career Development
New York University
Tisch School of the Arts
726 Broadway, 2nd Floor
New York, NY 10003
Tel: 212.998.1587
Fax: 212.995.4060
www.nyu.edu/tisch/career
www.facebook.com/TischCareer


EXHIBIT: 10
WIT: A.Underhill
DATE: 5/25/18
ASHLEY SHUGAR

NYU0019483

--
Adam Underhill
Internship Coordinator
Maurice Kanbar Institute of Film & Television
721 Broadway, Room 940
New York, NY  10003
T 212.998.1722


--
Melissa Brodsky-Levine
Director, Career Development
New York University
Tisch School of the Arts
726 Broadway, 2nd Floor
New York, NY 10003
Tel: 212.998.1587
Fax: 212.995.4060
www.nyu.edu/tisch/career
www.facebook.com/TischCareer



--
Adam Underhill
Internship Coordinator
Maurice Kanbar Institute of Film & Television
721 Broadway, Room 940
New York, NY  10003
T 212.998.1722


--
Melissa Brodsky-Levine
Director, Career Development
New York University
Tisch School of the Arts
726 Broadway, 2nd Floor
New York, NY 10003
Tel: 212.998.1587
Fax: 212.995.4060
www.nyu.edu/tisch/career
www.facebook.com/TischCareer

NYU0019484

**Sent:** Tue, 20 Mar 2012 09:57:29 -0400
**Subject:** Singapore report
**From:** Melissa Brodsky-Levine <melissa.brodskylevine@nyu.edu>
**To:** Robert Cameron <rc77@nyu.edu>, Nancy J Morrison <nancy.morrison@nyu.edu>, Joseph P Juliano <joe.juliano@nyu.edu>
Tisch Career Development Singapore report.doc

Hi Bob, Nancy and Joe,

Attached is my report on my trip to Singapore. Happy to discuss further if needed.

Best,
Melissa

--
Melissa Brodsky-Levine
Director, Career Development
New York University
Tisch School of the Arts
726 Broadway, 2nd Floor
New York, NY 10003
Tel: 212.998.1587
Fax: 212.995.4060
www.nyu.edu/tisch/career



EXHIBIT: 11
WIT: A. Underhill
DATE: 5/25/18
ASHLEY SHUGAR

NYU0019508

# FILED UNDER SEAL

# The Tisch Office of Career Development
## *A guide to TOCD services*

**Tisch College Central**
All Tisch Students and Alumni can search for **jobs, internships, events and other career -related opportunities** by using our online job board - The College Central Network.

Tisch College Central also houses a **Career Document Library**. This includes all handouts available to students/alumni including but not limited to information on resumes, cover letters, intervie wing and networking in the arts. The Document Library also includes our **"Spotlight" series**. Spotlights are based on both Tisch majors and job fields/function. Each spotlight includes relevant lists of job titles and descriptions, websites for internship s and job searches as well as lists of professional organizations which are useful for gaining work, experience and networking opportunities within the field.

Current Tisch students have been pre -registered and are able to log in to take advantage of this useful tool.

To Log in for the first time:
- Visit http://www.collegecentral.com/tisch
- Click the "Students" tab
- Click on the link to "Log in at Student Central"
- Click the "Forgot your Password?" link next to the Password field
- Enter your N-number in the Access ID field
- Enter your NYU email in the Email Address field
- Click the Find Registration button, enter a new password in both fields, and click the Submit button.

College Central is also an internship and job posting aggregate , pulling listings from thousan ds of online job board and corporate websites. Use this helpful resource to create an internship and job search specific to your needs and location.

**"In person" CAREER COUNSELING**
All Current Tisch students can schedule a 30 -minute appointment to discuss the job or internship search, career goals and planning, networking strategy, mentorship opportunities, or interview skills. These app ointments can be scheduled via S kype during the morning hours in New York (9:15, 9:45 or 10:15 am EST). To schedule this type of appointment, please visit us online to complete the "Meet with a counselor " form http://students.tisch.nyu.edu/object/car_intake.html Please enter in the notes section of the form: that you are a Tisch Singapore Student and i nclude at least 3 dates and you r preferred time for an appointment. Please also include your Skype account information. You will receive an email confirmation with the time and date of your appointment . Other appointment times can be scheduled as needed.

**Resume and Cover Letter Review**
To receive feedback on your resume and or cover letter, v isit us online to complete the "M eet with a counselor " form http://students.tisch.nyu.edu/object/car_intake.html Please enter in the notes section: that you are a Tisch Singapore Student and that you will send your resume for consultation via email to tisch.career@nyu.edu . Resumes will be returned to you with edits via email within 2 -3 business days.

**Mentorship**
Looking for firsthand insight or advice from a working professional? Our Mentor Network is designed to promote students' and recent graduates' personal and professional development. Each mentor has volunteered to share information about their experiences and help you explore your career options. This program is open to all Tisch

NYU0019596

students and alumni and  is for career guidance and insight, not job matching/placeme nt. Our mentors are Tisch alum and current industry professionals who want to help students and professionals just starting out    . Mentoring can happen through email, in -person meetings, and /or over the phone – specific to each mentor's preference.  The mentor search is done via College Central.

To obtain a mentor,  visit us online to complete the "M eet with a counselor " form http://students.tisch.nyu.edu/object/car_intake.html  Please enter in the notes section: that you are a Tisch Singapore Student  requesting a mentor orientation . Please also forward your resume via email to tisch.career@nyu.edu. Orientations to the Mentor program can be done via email.   You will be contacted by the office to do so  once we receive your form and resume .

**The NYU in L.A. Mentor Program**
The Tisch Offices of Career Development and Alumni Relations have collaborated to create this mentorship program to facilitate  a transition to the west coast. This mentorship program is designed for recent graduates and newly-arriving alumni pursuing a  career in the arts in Los Angeles. Participants (mentees) will be  paired with an LA based mentor  in a small group environment to begin their personal and professional transition to the west coast. This is not an internship or job placement program. Mentees    will be expected to work actively toward their specific and personal pursuits.  Participation in this program is  limited to one time per person.  Applications are accepted twice a year (late spring for the July -December program and in the late fall for the  January-July program).  Email alerts will be sent through Tisch College Central.

**The Screenplay Bank**
The Screenplay Bank is an annual publication featuring loglines from Tisch screenwriters who are prepared to present work to creative executives.  Submissions for feature length works are accepted from alumni and current students in early spring.  It is an excellent way to build industry relationships   - previous participants have successfully received options, meetings, and sold scripts, as a result of th  is resource. Only one submission is allowed per person. The Screenplay Bank submission cycle is announced in early spring for    distribution in early fall . Email alerts will be sent through Tisch College Central  .

**Trades and databases**

| | |
|---|---|
| Artist Placement - www.artistplacement.com | Art Search (TCG) - www.tcg.org/artsearch |
| Back Stage - www.backstage.com | Billboard - www.billboard.biz |
| Film Business Asia - http://www.filmbiz.asia/subscriptions | Foundation Directory Online - gtionline.foundationcenter.org/ |
| Greenlight Jobs - www.greenlightjobs.com | The Hollywood Reporter - www.hollywoodreporter.com |
| Shoot Directory Online - www.shootonline.com/go | Studio System - www.getstudiosystem.com |
| Variety - www.variety.com | Work in the Arts* - workinthearts.net |
| Writer's Market - www.writersmarket.com | *Please contact Student & Academic Services for access to Work in the Arts. |

In order to access these  databases, you must book Computer / Viewing Station 3 in the Level 3 Library. This can only be booked via Post -Production on Level 3. Then, follow the  se instructions :

- Log in as "Studio System"
- Mozilla Firefox should start automatically (open it manually if it does not launch)
- Click the relevant tab at the top of the browser: all the above websites are already saved in the bookmarks tab
- If you do not see the website you are looking for, click the right arrow at the right of the bookmarks tab to expand the list of bookmarks
- Login information is already saved on the browser  – just click to log in on the respective websites
- If you encounter an error, refresh the page or close and reopen the browser
- Remember to log out when you're done

**Please contact us for more information:**
New York: call: (+1) 212.998.1916 email: tisch.career@nyu.edu visit:  www.nyu.edu/tisch/career
Singapore: call: (+65) 6500 1701 (Jocelyn) email:  jcc17@nyu.edu visit: http://tischasiasas.com/tisch -asia-info/careerinternships/

NYU0019597

**Sent:** Wed, 14 Mar 2012 17:54:13 -0400
**Subject:** Career Development- Singapore
**From:** Melissa Brodsky-Levine <melissa.brodskylevine@nyu.edu>
**To:** Joseph P Juliano <jpj1@nyu.edu>, Nancy J Morrison <nancy.morrison@nyu.edu>
**Cc:** Robert Cameron <rc77@nyu.edu>
TischSingaporeResourceBudget.xls

Hi Joe and Nancy,
Hope your travels back from Singapore were uneventful and that you are feeling settled before you head back again! It was really great to meet you and spend some time getting to work with you. I think I'm over my jet lag- but this week feels very long already. It was a great trip and I learned a lot. Would love to get a chance to chat with you both if you have some time regarding my time and interactions with staff/faculty.

I do plan to put together a short report on my trip and needs moving forward but wanted to get a list of resources to you- that are more pressing than anything else currently.

Attached is a wish list of needs for career development resources. I would say the only one we can do without- would be the Hollywood Reporter- but the others are necessary and not something that can be shared (We do a lot of sharing of resource with Singapore currently- but some of these databases are strictly controlled and if logged on in more than one place we lose our ability to log on). All of the prices listed are based on a one year subscription.

Please let me know how to proceed moving forward. I am happy to purchase and send bills to you. Whatever works best- just let me know.

Thank you in Advance.
Best,
Melissa
--
Melissa Brodsky-Levine
Director, Career Development
New York University
Tisch School of the Arts
726 Broadway, 2nd Floor
New York, NY 10003
Tel: 212.998.1587
Fax: 212.995.4060
www.nyu.edu/tisch/career

EXHIBIT: 13
WIT: A. Underhill
DATE: 5/25/18
ASHLEY SHUGAR

NYU0020425

| Resource | Price | Notes |
|---|---|---|
| Production Alert | $395.00 | Weekly tracking list of TV and Film projects in development, pre-production and production. Used to find on set work. |
| The Hollywood Reporter | $199.00 | Trade for Film and Television- also includes online subscription |
| Writers Market | $54.99 | Research tool for writers: where to submit and sell. Pay scale for freelance writers. Also includes industry events and information. |
| Work In The Arts Network | $100.00 | New York Times based job postings for Arts related work. Used Mostly for sustainable work in creative industries |
| Film Business Asia Online Database | $480.00 | The online resource and tracking board for all TV/Film happenings for Asia ( This is comparable to Studio Systems- which we have one an account for that we currently share with Singapore when the NY office is closed- Its $2,000- which is why we share) |
| Total | $1,228.99 | |

# EXHIBIT 49

Page 1

1
2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3
     Civil Action No. 16 Civ. 07295 (VM)(KNF)
4    -------------------------------------------x
5    ANNA BASSO, AMY HARTMAN, and JAIME VILLA
     RUIZ,
6
                              Plaintiffs,
7
          - against -
8
     NEW YORK UNIVERSITY,
9
                              Defendant.
10
     -------------------------------------------x
11
                              217 Centre Street
12                            New York, New York
13                            May 25, 2018
                              10:01 a.m.
14
15
16         DEPOSITION of ADAM UNDERHILL, a
17    Non-Party Witness in the above-entitled
18    action, held at the aforementioned time and
19    place, taken before Ashley Shugar, a
20    Shorthand Reporter and Notary Public of the
21    State of New York, pursuant to the Federal
22    Rules of Civil Procedure, Notice and
23    stipulations between Counsel.
24
25              *     *     *

```
                                    Page 69

 1                    A. UNDERHILL

 2        A.      I don't.

 3                MR. STOCKMAN:  Objection.

 4                You can answer.

 5                THE WITNESS:  I don't know.

 6   BY MS. RAMANENKA:

 7        Q.      Then the -- the top e-mail on

 8   the page from you dated October 8, 2012?

 9        A.      Uh-huh.

10        Q.      You say you should speak to

11   someone there who can help me fly in.

12                What do you mean by -- what do

13   you mean by that?

14        A.      Well, that I would make my

15   services available if someone wanted to fly

16   me to Singapore to do a symposium or

17   discuss internships, et cetera.

18                (Underhill Exhibit 6, an e-mail

19         chain dated November 6, 2012, Bates

20         stamped P000886, was marked for

21         identification.)

22                THE WITNESS:  (Document

23         review.)

24   BY MS. RAMANENKA:

25        Q.      You've been given a document
```

# EXHIBIT 50

-----Original Message-----
From: Pari Sara Shirazi [mailto:ps1@nyu.edu]
Sent: Saturday, 17 September, 2011 10:44 AM
To: Aaron THAM (EDB)
Cc: Yong Heng Chua
Subject: A draft of our financial projection

Hi Aaron,
This is a working draft of what we are internally discussing to make sure we can reach a financially sustainable state. We have added CCE (center for continuing education), reduced our financial aid and faculty and guest speakers cost. I am personally worried about financial aid reduction because it is very hard to recruit for Singapore. In New York they have a lot of private scholarships, student loans and foundations that support students and in Singapore we have only one scholarship (Cathey) and the rest is what we give them in financial aid. With the reduction of faculty I am less worried but cutting guest speakers budget is also a bit worrisome because it reduces our exposure worldwide.

I have been trying very hard to persuade the university administration to have some collaborations with NUS, although I have a free hand (they leave me alone) in creating collaborative or joint graduate degrees, for undergraduate programs it has been much harder because of NYU Shanghai. I had a tele-conference meeting with Dean Campbell and Sexton's team two nights ago and I am more optimistic now that I can succeed in creating a collaborative program with NUS in film and performing arts, fingers crossed. The day after our meeting I heard Sexton will send Dr. Beh a message and come for a meeting some time in November (based on availability on everyone's calendar). Please make sure Mervyn knows this is not a final projection, the university controller is looking at it and until than we accept this as a draft. Thanks, Pari

EXHIBIT: 18
WIT: Shirazi
DATE: 6/4/18
ASHLEY SHUGAR

SHIRAZI05187

# EXHIBIT 51

Message

| | |
|---|---|
| **From:** | Kenneth E Tabachnick [kentabachnick@nyu.edu] |
| **Sent:** | 4/8/2013 10:10:46 PM |
| **To:** | Wendy Kaplan Goldberg [wkg1@nyu.edu] |
| **CC:** | Adam Underhill [au8@nyu.edu]; Patti Pearson [patti.pearson@nyu.edu]; Sheril Antonio [sheril.antonio@nyu.edu] |
| **Subject:** | RE: Grant from the Academy of Motion Picture Arts and Sciences for Internship Support in Grad Film |

Hi there,

I think it is a great idea to include the Tisch Asia students if possible, provided Sheril thinks this is ok.

Thanks.

Ken Tabachnick
*Deputy Dean*

Tisch School of the Arts, NYU
721 Broadway, 12th Floor
New York, NY 10003

T: +1.212.998.1463 | F: +1.212.995.4719
kentabachnick@nyu.edu

---

**From:** Wendy Kaplan [mailto:wkg1@nyu.edu]
**Sent:** Monday, April 08, 2013 11:03 AM
**To:** Kenneth E Tabachnick
**Cc:** Adam Underhill; Patti Pearson; Sheril Antonio
**Subject:** Grant from the Academy of Motion Picture Arts and Sciences for Internship Support in Grad Film

Hi Ken,

Adam Underhill, our internship coordinator, has once again secured an $8,000 grant from the Academy to support students in Grad Film who will be doing internships over the summer. In past years, only Grad Film New York students have been eligible to apply for a grant. We would like to know if you would like us to see if we can open this up to students from Tisch Asia. We would need to check with the Academy to see if they are willing for us to make the change in eligibility.

The grants are usually distributed in the $1500 - $2000 range per student. Students need to have an internship arranged before they apply and a small committee (Adam, Patti, John Tintori and me) reviews them and makes the allocations. If we were to include Tisch Asia students, I would suggest that Michael Burke be included on the committee.

Do you see any issues with their financial aid or our ability to issue a check to those students?

Thanks very much,

- Wendy

EXHIBIT: 3
WIT: A. Underhill
DATE: 5/25/18
ASHLEY SHUGAR

NYU0019438

Wendy Kaplan
Director of Administration for Film & New Media

New York University
NYU Tisch School of the Arts
Kanbar Institute of Film & Television
Clive Davis Institute of Recorded Music
The NYU Game Center
721 Broadway, Room 902
New York, NY 10003
tel 212 998-1714
fax 212 995-4062

wendy.kaplan@nyu.edu

NYU0019439

# FILED UNDER SEAL

# EXHIBIT 52

# FILED UNDER SEAL

# EXHIBIT 53

# FILED UNDER SEAL