

**VENABLE LLP** | 1270 AVENUE OF THE AMERICAS
24TH FLOOR | NEW YORK, NY 10020
T +1 212.307.5500  F +1 212.307.5598  Venable.com

February 28, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2020

**VIA ECF**
Honorable Victor Marrero
United States Courthouse
500 Pearl St., Suite 1040
New York, NY 10007

    Re:    *Basso et al. v. NYU*, Case No. 16-cv-7295 (VM) (KNF)

Dear Judge Marrero:

    This office represents Defendant New York University ("NYU") in the above-referenced matter. Pursuant to the Court's Individual Practices, we write to inform the Court that certain exhibits filed with NYU's motion for summary judgment contain redactions to protect personal student information pursuant to the Family Educational Rights and Privacy Act of 1974 and/or information designated confidential by the parties. NYU respectfully requests the Court's endorsement of these limited redactions and filing under seal and will file unredacted materials with the Sealed Records Department of the Southern District of New York as appropriate.

                        Sincerely,

                        /s/*Michael J. Volpe*
                        Michael J. Volpe

cc:  All counsel of record (via ECF)

**SO ORDERED.**

9/30/2020
_____
DATE

*[Signature]* VICTOR MARRERO, U.S.D.J.