**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANNA BASSO, AMY HARTMAN, and JAIME
VILLA RUIZ,

                Plaintiffs,                16 **CIVIL** 7295 (VM)

      -against-                         **JUDGMENT**

NEW YORK UNIVERSITY,
                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 30, 2020, the motion of defendant New York University for summary judgment on counts One, Five, Six, and Seven of the First Amended Complaint (Dkt. No. 22) is granted, and this case is closed.

**Dated:**  New York, New York
           November 30, 2020

                                                  **RUBY J. KRAJICK**
                                                 _____
                                                    **Clerk of Court**
                         **BY:**
                                                      **Deputy Clerk**